## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ELECTRONIC FRONTIER FOUNDATION,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. _____ |
| | ) |
| **DEPARTMENT OF JUSTICE,** | ) |
| | ) |
| Defendant. | ) |
| | ) |

## <u>PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION</u>

Pursuant to Fed. R. Civ. P. 65, Plaintiff Electronic Frontier Foundation respectfully moves for entry of a preliminary injunction to enjoin Defendant Department of Justice's unlawful attempts to impede Plaintiff's efforts to expeditiously obtain agency records concerning the Federal Bureau of Investigation's misuse of controversial investigative powers. Plaintiff seeks an order requiring Defendant to expedite the processing of Plaintiff's March 12, 2007 Freedom of Information Act request to the Bureau, to complete its processing within 20 days, and to serve on Plaintiff a *Vaughn* index 10 days thereafter.

The grounds for this motion are set forth in the accompanying memorandum of points and authorities. Plaintiff asks that the Court, pursuant to Local Rule 65.1(d), schedule a hearing on this application for a preliminary injunction at the Court's earliest convenience.

Respectfully submitted,


/s/ *Marcia Hofmann*
MARCIA HOFMANN
D.C. Bar No. 484136

DAVID L. SOBEL
D.C. Bar No. 360418

ELECTRONIC FRONTIER FOUNDATION
1875 Connecticut Avenue NW
Suite 650
Washington, DC 20009
(202) 797-9009

Counsel for Plaintiff

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ELECTRONIC FRONTIER FOUNDATION,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  C.A. No. _____ |
| | ) |
| **DEPARTMENT OF JUSTICE,** | ) |
| | ) |
| Defendant. | ) |
| | ) |

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION
FOR A PRELIMINARY INJUNCTION**

Plaintiff Electronic Frontier Foundation ("EFF or Plaintiff") respectfully submits

this memorandum of points and authorities in support of its motion for a preliminary

injunction.


**PRELIMINARY STATEMENT**

This is an action under the Freedom of Information Act ("FOIA"), 5 U.S.C. §

552, seeking the expedited processing and release of Department of Justice ("DOJ")

records concerning the Federal Bureau of Investigation's ("FBI") misuse of legal power

to issue National Security Letters to collect consumer records from telecommunications

providers, financial institutions, and credit agencies.  There has been widespread and

exceptional media interest in this issue since the recent publication of a report by the DOJ

Inspector General detailing the FBI's abuse of its NSL authority.  Furthermore, numerous

editorials and news articles have raised questions about the propriety and legality of the

FBI's actions.  Defendant DOJ acknowledges that the requested information fits squarely

within the narrow category for which the agency has established a right to expedited

processing and, on March 30, 2007, purported to grant EFF's request for such expeditious treatment.   Nonetheless, in violation of the FOIA and its own regulations, Defendant DOJ has failed to process Plaintiff's request even within the statutory time frame for a standard request that is not entitled to expedited treatment.   DOJ's failure to process Plaintiff's request — or to even identify a date by which it expects to complete processing — clearly violates the law.   Because time is at the essence of Plaintiff's rights and Defendant DOJ's obligations, Plaintiff seeks the Court's expedited consideration of this matter and entry of an order compelling Defendant DOJ to process and disclose the requested records immediately.

## STATEMENT OF FACTS

### I.    The Ongoing Controversy Concerning National Security Letters and the FBI's Abuse of Its Investigative Authority

The FBI has for many years possessed a limited power in certain investigations to issue National Security Letters ("NSLs"), which are demands for customer account information and transactional records from third parties such as telephone companies, Internet service providers, financial institutions, and consumer credit agencies. *See* Right to Financial Privacy Act, 12 U.S.C. § 3414(a)(5); Fair Credit Reporting Act, 15 U.S.C. §§ 1681u, 1681v; Electronic Communications Privacy Act, 18 U.S.C. § 2709; National Security Act, 50 U.S.C. § 436.   Signed into law shortly after the 9/11 terrorist attacks, the Uniting and Strengthening America by Providing Appropriate Tools Required to Intercept and Obstruct Terrorism Act of 2001 ("PATRIOT Act") substantially expanded the FBI's preexisting legal authority to collect third-party records through NSLs. Pub. L. No. 107-56, 115 Stat. 272, §505 (2001). The NSL provision is one of the more

2

contentious aspects of a divisive statute;[1] as this Court has noted, "[e]ver since it was proposed, the Patriot Act has engendered controversy and debate." *American Civil Liberties Union v. Dep't of Justice*, 265 F. Supp. 2d 20, 24 (D.D.C. 2003).

In 2005, Congress held a series of hearings on legislation to reauthorize certain provisions of the PATRIOT Act, which were scheduled to sunset at the end of the year without further congressional action.[2] *See* Pub. L. No. 107-56, §224, 18 U.S.C. § 2510 note. In testimony at one hearing leading up to the passage of the legislation, the Attorney General stated that "[t]he track record established over the past three years has demonstrated the effectiveness of the safeguards of civil liberties put in place when the act was passed. There has not been one verified case of civil liberties abuse." *USA PATRIOT Act of 2001*: *Hearing Before the Senate Select Comm. on Intelligence*, 109th Cong. (2005) (testimony of Alberto Gonzales, Attorney General of the United States).

---

[1] *See, e.g.*, Dan Eggen and Robert O'Harrow Jr., *U.S. Steps Up Secret Surveillance*, Washington Post, March 24, 2003 at A01; Editorial, *New Law Gives Feds Too Much Unchecked Power*, Detroit News, Dec. 31, 2003 at 10A; Editorial, *Curbing FBI Power*, Buffalo News (N.Y.), Oct. 17, 2004 at H4; Lynne Tuohy, *Librarians Resist Acts Secrecy*, Hartford Courant (Conn.), Sept. 1, 2005 at B1; Barton Gellman, *The FBI's Secret Scrutiny*, Washington Post, Nov. 6, 2005 at A01; Eric Lichtblau, *Lawmakers Call for Limits on F.B.I. Power to Demand Records in Terrorism Investigations*, NY Times, Nov. 7, 2005 at A20; Editorial, *Our Opinions: FBI Crosses the Line*, Atlanta Journal-Constitution, Nov. 11, 2005 at 18A; Editorial, *30,000 Secret Searches*, Courier-Journal (Ky.), Nov. 12, 2005 at 14A; Editorial, Robyn E. Blumner, *State of Secrets, State of Torture*, St. Petersburg Times (Fla.), Nov. 13, 2005 at 5P; Editorial, *Patriot Act: Compromise Not Worth Price*, Milwaukee Journal Sentinel, Dec. 15 2005 at A20; Richard Willing, *With Only a Letter, FBI Can Gather Private Data*, USA Today, July 6, 2006 at 1A.

[2] While the PATRIOT Act's NSL provision was not subject to sunset, it was a topic of frequent debate during the hearings, and was subsequently modified by the USA PATRIOT Improvement and Reauthorization Act of 2005 to allow, *inter alia*, a recipient of an NSL issued under any legal authority to seek judicial review of the request. Pub. L. No. 109-177, § 115 (2005).

Reflecting Congress's concern about the potential abuse of enhanced post-9/11 investigative powers, the USA PATRIOT Improvement and Reauthorization Act of 2005, Pub. L. No. 109-177, § 119, directed the DOJ Inspector General to review "the effectiveness and use, including any improper or illegal use, of national security letters issued by the Department of Justice." Pursuant to this directive, the Inspector General publicly released a 126-page report on March 9, 2007, which found extensive misuse of NSL authority in a sample of four FBI field offices during calendar years 2003-2005. U.S. Dep't of Justice Office of the Inspector General, *A Review of the Federal Bureau of Investigation's Use of National Security Letters* (March 2007), *available at* http://www. usdoj.gov/oig/special/s0703b/final.pdf.

## II.    Plaintiff's FOIA Request and Request for Expedited Processing

By letter delivered by facsimile to the FBI and dated March 12, 2007, Plaintiff requested under the FOIA the following agency records (including, but not limited to, electronic records) from January 1, 2003 to the date of the request:

1.  All records discussing or reporting violations or potential violations of statutes, Attorney General guidelines, and internal FBI policies governing the use of NSLs, including, but not limited to:

    A.  Correspondence or communications between the FBI and the Privacy and Civil Liberties Oversight Board concerning violations or potential violations of statutes, Attorney General guidelines, and internal FBI policies governing the use of NSLs; and

    B.  Correspondence or communications between the FBI and Department of Justice Office of the Inspector General concerning violations or potential violations of statutes, Attorney General guidelines, and internal FBI policies governing the use of NSLs;

2.  Guidelines, memoranda or communications addressing or discussing the integration of NSL data into the FBI's Investigative Data Warehouse;

3.  Contracts between the FBI and three telephone companies (as referenced in page 88 of the Inspector General's report), which were intended to allow the Counterterrorism Division to obtain telephone toll billing data from the communications industry as expeditiously as possible;

4.  Any guidance, memoranda or communications discussing the FBI's legal authority to issue exigent letters to telecommunications companies, and the relationship between such exigent letters and the FBI's authority to issue NSLs under the Electronic Communications Privacy Act;

5.  Any guidance, memoranda or communications discussing the application of the Fourth Amendment to NSLs issued under the Electronic Communications Privacy Act;

6.  Any guidance, memoranda or communications interpreting "telephone toll billing information" in the context of the Electronic Communications Privacy Act;

7.  Any guidance, memoranda or communications discussing the meaning of "electronic communication" in the context of the Electronic Communications Privacy Act;

8.  Copies of sample or model exigent letters used by the FBI's Counterterrorism Division;

9.  Copies of sample or model NSL approval requests used by the FBI's Counterterrorism Division; and

10.  Records related to the Counterterrorism Division's Electronic Surveillance Operations and Sharing Unit (EOPS).

Letter From Marcia Hofmann, Staff Attorney, Electronic Frontier Foundation to David Hardy, Chief, Records/Information Dissemination Section, Records Management Division, FBI 1-2 (March 12, 2007) (attached to Declaration of Marcia Hofmann (hereafter "Hofmann Decl.") as Exhibit 1).[3]

Also on March 12, 2007, Plaintiff delivered by facsimile to the DOJ's Director of

---

[3] For the FBI's convenience, Plaintiff also provided the Bureau a copy of its March 12, 2007 request for expedited processing submitted to the DOJ's Director of Public Affairs, discussed *infra*.

Public Affairs a copy of its FOIA request to the FBI, and formally requested that the processing of the request be expedited because it involves a "matter of widespread and exceptional media interest in which there exist possible questions about the government's integrity which affect public confidence" under 28 C.F.R. § 16.5(d)(1)(iv). Letter From Marcia Hofmann, Staff Attorney, Electronic Frontier Foundation to Tasia Scolinos, Director of Public Affairs, DOJ (March 12, 2007) (attached to Hofmann Decl. as Exhibit 2).[4]

On March 29, 2007, the FBI acknowledged receipt of Plaintiff's request. Letter From David Hardy, Chief, Records/Information Dissemination Section, Records Management Division, FBI, to Marcia Hofmann, Staff Attorney, Electronic Frontier Foundation (March 29, 2007) (attached to Hofmann Decl. as Exhibit 3). The next day, the FBI informed Plaintiff that the DOJ's Director of Public Affairs had granted Plaintiff's request for expedited processing. Letter From David Hardy, Chief, Records/Information Dissemination Section, Records Management Division, FBI, to Marcia Hofmann, Staff Attorney, Electronic Frontier Foundation (March 30, 2007) (attached to Hofmann Decl. as Exhibit 4).

Notwithstanding Defendant DOJ's purported decision to expedite the processing of Plaintiff's FOIA request, to date, the FBI has neither completed the processing of the request nor informed Plaintiff of an anticipated date when the processing will be completed. Not only has the FBI failed to expedite the processing of Plaintiff's request,

---

[4] For the convenience of the Director of Public Affairs, Plaintiff also provided Ms. Scolinos a copy of EFF's March 12, 2007 FOIA request to the FBI, discussed *supra*.

it has also exceeded the generally applicable 20-working-day deadline for the processing of *any* FOIA request.  5 U.S.C. § 552(a)(6)(A).

## ARGUMENT

The issue raised in this motion is simple and straightforward.  Although Defendant DOJ has acknowledged Plaintiff's legal entitlement to expedited processing, the agency has failed to comply with not only the FOIA's provisions for expedited processing, but also the statute's mandated time frame of 20 working days for responding to a standard, non-expedited request. The agency's failure to process Plaintiff's requests constitutes a continuing impediment to EFF's (and the public's) ability to examine the FBI's misuse of its authority to issue NSLs.  The agency's action is clearly unlawful and should be enjoined.

## I.     The Court has Jurisdiction to Grant the Requested Relief

The Court's jurisdiction to consider this matter and grant appropriate relief is clear.  The FOIA provides, in pertinent part:

> On complaint, the district court of the United States . . . in the District of Columbia, has jurisdiction to enjoin the agency from withholding agency records and to order the production of any agency records improperly withheld from the complainant.  In such a case the court shall determine the matter de novo . . . .

5 U.S.C. § 552(a)(4)(B).  *See Al-Fayed v. CIA*, 254 F.3d 300, 304 (D.C. Cir. 2001).  The statute further provides that

> [a]ny person making a request to any agency for records . . . shall be deemed to have exhausted his administrative remedies with respect to such request if the agency fails to comply with the applicable time limit provisions of this paragraph.

5 U.S.C. § 552(a)(6)(C).  *See Oglesby v. Dep't of the Army*, 920 F.2d 57, 62 (D.C. Cir.

1990) ("If the agency has not responded within the statutory time limits, then . . . the

requester may bring suit.").

Here, notwithstanding the DOJ's agreement to "expedite" Plaintiff's request, the

FBI has failed to respond within the generally applicable 20-working-day time limit

established by 5 U.S.C. § 552(a)(6)(A).  Plaintiff's claim is thus ripe for adjudication, as

all applicable administrative remedies have been exhausted.

## II.    Plaintiff is Entitled to Entry of a Preliminary Injunction

In considering Plaintiff's request for the entry of a preliminary injunction

compelling the FBI to expeditiously complete the processing of Plaintiff's FOIA request,

the Court must assess "[t]he familiar factors affecting the grant of preliminary injunctive

relief — 1) likelihood of success on the merits, 2) irreparable injury to the plaintiff, 3)

burden on . . . others' interests, and 4) the public interest."  *Mova Pharm. Corp. v.

Shalala*, 140 F.3d 1060, 1066 (D.C. Cir. 1998) (quoting *CityFed Fin. Corp. v. Office of

Thrift Supervision*, 58 F.3d 738, 746 (D.C. Cir. 1995); *Jacksonville Port Auth. v. Adams*,

556 F.2d 52, 57 (D.C. Cir. 1977) (citing *Virginia Petroleum Jobbers Ass'n v. FPC*, 259

F.2d 921, 925 (D.C. Cir. 1958); *see also Electronic Privacy Information Center v. Dep't

of Justice*, 416 F. Supp. 2d 30, 35-36 (D.D.C. 2006); *Bancoult v. McNamara*, 227 F.

Supp. 2d 144, 140 (D.D.C. 2002).  These factors are measured "on a sliding scale and

must be balanced against each other." *Electronic Privacy Information Center*, 416 F.

Supp. 2d at 36 (quoting *Serono Lab, Inc. v. Shalala*, 158 F.3d 1313, 1318 (D.C. Cir.

1998).   The Court's consideration of these factors in this case firmly establishes

Plaintiff's entitlement to injunctive relief.

A.    <u>Plaintiff is Likely to Prevail on the Merits</u>

Given the clarity of Plaintiff's entitlement to the expedited processing of its request, Plaintiff's likelihood of prevailing on the merits is extremely high.  In assessing Plaintiff's likelihood of success, the Court must consider one discrete issue: whether defendant has processed EFF's FOIA request in an expedited manner within the time frame provided in the FOIA and DOJ regulations.  Plaintiff is likely to prevail on this issue.

According to the FOIA and DOJ regulations, the agency is generally required to "determine within 20 days (except Saturdays, Sundays, and legal public holidays) after the receipt of  . . . [a] request whether to comply with such request and shall immediately notify the person making such request of such determination[.]"  5 U.S.C. § 552(a) (6)(A)(i); *see also* 28 C.F.R. § 16.6(b).  If the agency grants expedited treatment, it is obligated to process the request "as soon as practicable." 5 U.S.C. § 552(a)(6)(E)(iii); 28 C.F.R. § 16.5(d)(4).  This Court has determined that "the phrase 'as soon as practicable,' in the context of a provision of FOIA allowing for *expedited* processing, cannot be interpreted to impose a lower burden on the agency than would otherwise exist." *Electronic Privacy Information Center*, 416 F. Supp. 2d at 39 (emphasis in original). Therefore, an agency is presumed to have violated the "expedited processing" provisions of the FOIA when it fails to comply with the generally applicable 20-working-day deadline imposed by the FOIA for processing a non-expedited request.  *Id.*  Once the 20-working-day deadline has passed, the agency bears the burden of proving that it is in fact processing the expedited request "as soon as practicable." *Id.* n.8.

Here, Defendant DOJ determined that Plaintiff's request was entitled to expedited

processing.  Exhibit 4 ("We have been advised that the Director of [the Office of Public Affairs] has concluded that the subject of your request is in fact a 'matter of widespread and exceptional media interest in which there exists possible questions about the government's integrity which affects [sic] public confidence,' and has therefore concluded that your request for expedited processing should be granted.").[5]  There is no indication in the record, however, that the FBI has done anything more than pay lip service to Plaintiff's entitlement to expedition.   In fact, the only statement that the Bureau has made with respect to the anticipated timing of its response to Plaintiff's FOIA request suggests the likelihood of open-ended delay:  "[W]e have begun to conduct a search for potentially responsive records.  Once the FBI completes its search for all records potentially responsive to your FOIA request, you will be advised as to the outcome of this search effort."  Exhibit 4.

Although it is undisputed that Plaintiff's request is legally entitled to expedited treatment, the FBI has failed to comply with the 20-day time frame required by the FOIA and DOJ regulations for issuing a determination on a *standard* FOIA request.  Therefore, Plaintiff is entitled to the immediate processing and release of the requested records.

---

[5] The FBI's letter to Plaintiff indicates that the agency determined that Plaintiff is entitled to expedited processing under a standard unique to DOJ, which requires expedition for requests that involve a "matter of widespread and exceptional media interest in which there exist possible questions about the government's integrity which affect public confidence." 28 C.F.R. § 16.5(d)(1)(iv).  Determinations of eligibility under the latter standard are made by DOJ's Office of Public Affairs ("OPA").  *Id.* § 16.5(d)(2).  In its March 30 letter, the FBI stated that the Director of Public Affairs had granted Plaintiff's request for expedited processing.  Exhibit 4.

### B.    Plaintiff Will Suffer Irreparable Injury in the
### Absence of the Requested Injunctive Relief

Unless DOJ's unlawful failure to comply with its obligation to expedite the processing of Plaintiff's FOIA request is immediately enjoined, Plaintiff will suffer irreparable harm.[6]  The very nature of the right that Plaintiff seeks to vindicate in this action — expedited processing — depends upon timeliness, since "stale information is of little value." *Payne Enterprises, Inc. v. United States*, 837 F.2d 486, 494 (D.C. Cir. 1988); *Electronic Privacy Information Center*, 416 F. Supp. 2d at 40-41.  This Court has recognized that the requisite injury is present, and preliminary injunctive relief is appropriate, in cases expedited FOIA processing is at issue and where time thus is of the essence, because delay "constitutes a cognizable harm." *Electronic Privacy Information Center*, 416 F. Supp. 2d at 40.  *See also, e.g.*, *United States v. BNS, Inc.*, 858 F.2d 456, 465 (9th Cir. 1988); *Martin-Marietta Corp. v. Bendix Corp.*, 690 F.2d 558, 568 (6th Cir. 1982).  Under the statutory scheme Congress established in the FOIA, it is clear that timing is critical and that any further delay in the processing of Plaintiff's request will cause irreparable injury. Unless Defendant DOJ is ordered to process Plaintiff's request

---

[6] Given the strength of Plaintiff's position on the merits, even "a relatively slight showing of irreparable injury" is adequate to justify the issuance of a preliminary injunction.  As the D.C. Circuit has held:

> The test is a flexible one.  "If the arguments for one factor are particularly strong, an injunction may issue even if the arguments in other areas are rather weak."  We have often recognized that injunctive relief may be justified, for example, "where there is a particularly strong likelihood of success on the merits even if there is a relatively slight showing of irreparable injury."

*CSX Transportation, Inc. v. Williams*, 406 F.3d 667, 670 (D.C. Cir. 2005), quoting *CityFed Financial Corp. v. Office of Thrift Supervision*, 58 F.3d 738, 747 (D.C. Cir. 1995).  Nonetheless, plaintiff's showing of harm here is substantial.

immediately, Plaintiff's right to expedition under the FOIA will be irretrievably lost.

In addition to the loss of its clearly established statutory right, any further delay in the processing of Plaintiff's FOIA request will irreparably harm Plaintiff's ability, and that of the public, to obtain in a timely fashion information vital to the current and ongoing debate surrounding the FBI's improper use of NSLs.  Hofmann Decl. ¶¶ 10-11. As Defendant DOJ has acknowledged, that debate has already garnered extraordinary media interest.  *See* Exhibit 4.  It also has been the subject of testimony in several hearings before congressional committees.[7]  In such circumstances, this Court has held, "the public interest is particularly well-served by the timely release of the requested documents." *Electronic Privacy Information Center*, 416 F. Supp. 2d at 42. Furthermore, legislation introduced in response to the Inspector General's findings has placed the issue of NSL reform squarely before the House of Representatives.  H.R. 1739, 110th Cong. (introduced March 28, 2007).  This Court has found that the existence of pending legislation related to the subject of a FOIA request weighs in favor of a grant of expedited processing. *Leadership Conference on Civil Rights v. Gonzales*, 404 F. Supp. 2d 246, 260 (D.D.C. 2005); *American Civil Liberties Union v. Dep't of Justice*, 321 F. Supp. 2d 24, 31 (D.D.C. 2004) ("*American Civil Liberties Union v. Dep't of Justice II*").

Furthermore, if there is to be a meaningful public debate on this issue, the

---

[7] *National Security Letters: Hearing of the H. Select Comm. on Intelligence*, 110th Cong. (March 28, 2007); *Oversight of the Federal Bureau of Investigation: Hearing of the S. Comm. on the Judiciary*, 110th Cong. (March 27, 2007); *Misuse of PATRIOT Act Powers: The Inspector General's Findings of Improper Use of National Security Letters by the FBI: Hearing of S. Comm. on the Judiciary*, 110th Cong. (March 21, 2007); *The Inspector General's Independent Report on the Federal Bureau of Investigation's Use of National Security Letters: Hearing of the H. Comm. on the Judiciary*, 110th Cong. (March 20, 2007).

examination "cannot be based solely upon information that the Administration voluntarily chooses to disseminate." *Electronic Privacy Information Center*, 416 F. Supp. 2d at 41 n.9. Indeed, the public oversight mechanism provided by the FOIA is central to open and democratic debate on critical policy issues such as the FBI's misuse of NSL authority. As the Supreme Court has observed, the Act is "a means for citizens to know 'what the Government is up to.' This phrase should not be dismissed as a convenient formalism. *It defines a structural necessity in a real democracy.*" *Nat'l Archives & Records Admin. v. Favish*, 541 U.S. 157, 171-172 (2004) (emphasis added; citation omitted). As this Court has noted, "Not only is public awareness a necessity, but so too is *timely* public awareness." *Electronic Privacy Information Center*, 416 F. Supp. 2d at 40 (emphasis in original).

It is clear that the information Plaintiff seeks, if it is to contribute to the public debate on the FBI's improper issuance of NSLs, must be disclosed expeditiously. Because time is of the essence in this matter, Plaintiff will be irreparably harmed unless the Court acts now, "when it [is] still possible to grant effective relief," and before "all opportunity to grant the requested relief [is] foreclosed*." Local Lodge No. 1266, Int'l Ass'n of Machinists and Aerospace Workers v. Panoramic Corp.*, 668 F.2d 276, 290 (7th Cir. 1981).[8]

---

[8] This Court has recognized that delay in the processing of FOIA requests "may well result in disclosing the relevant documents after the need for them in the formulation of national . . . policy has been overtaken by events." *Natural Resources Defense Council v. Dep't of Energy,* 191 F. Supp. 2d 41, 43 (D.D.C. 2002) *("NRDC")* (granting motion for release of documents).

### C.    Injunctive Relief Will Not Burden Others' Interests

Defendant DOJ cannot be said to be "burdened" by a requirement that it comply

with the law.  The immediate relief Plaintiff seeks will require nothing more of the

government than what the law already mandates — the expedited processing of

Plaintiff's FOIA request.  Nor will the requested relief burden the interests of other

parties who have submitted FOIA requests to the DOJ in any manner beyond that

foreseen by Congress.  In providing for expedited processing of qualifying requests,

Congress intended that such requests would take precedence over those that do not

qualify for such treatment.  Fulfillment of the legislative intent cannot be characterized as

a burden on any party's interests.

### D.    The Public Interest Favors the Requested Relief

The final criterion for the issuance of a preliminary injunction is also satisfied in

this case.  The D.C. Circuit has long recognized that "there is an overriding public

interest . . . in the general importance of an agency's faithful adherence to its statutory

mandate." *Jacksonville Port Authr.*, 556 F.2d at 59 (D.C. Cir. 1977); *Electronic Privacy

Information Center*, 416 F. Supp. 2d  42.  Likewise, it is "axiomatic that an 'agency is

required to follow its own regulations.'"  *Edmonds v. FBI*, No. 02-1294, 2002 U.S. Dist.

LEXIS 26578, at *9 n.3, 2002 WL 32539613, at *3 n.3 (D.D.C. Dec. 3, 2002) (quoting

*Cherokee National of Okla. v. Babbitt*, 117 F.3d 1489, 1499 (D.C. Cir. 1997)).

Such adherence is all that Plaintiff seeks here.  The public interest will also be

served by the expedited release of the requested records, which will further the FOIA's

core purpose of "shedding light on an agency's performance of its statutory duties."

*Dep't of Justice v. Reporters Committee for Freedom of the Press*, 489 U.S. 749, 773

(1989).  As this Court has noted, "[t]here is public benefit in the release of information

that adds to citizens' knowledge" of government activities.  *Ctr. to Prevent Handgun*

*Violence v. Dep't of the Treasury*, 49 F. Supp. 2d 3, 5 (D.D.C. 1999).  The public interest

favors the issuance of an order directing Defendant DOJ to immediately process and

release the requested information.

### III.    The Court Should Order Defendant DOJ to Process Plaintiff's FOIA  Request Immediately

While Plaintiff recognizes that preliminary injunctive relief is not the norm in

FOIA cases, Plaintiff nonetheless submits that such relief is appropriate when, as in this

case, an agency has but failed to implement a well-founded request for expedited

processing. *Electronic Privacy Information Center*, 416 F. Supp. at 35 n.4 ("the court

may use its equitable power to prevent agency delay, even when exercise of such

authority is preliminary in nature.") Congress expressly required agencies to make

determinations on requests for expedited processing within 10 calendar days, 5 U.S.C. §

552(a)(6)(E)(ii)(I), and provided for immediate judicial review of adverse determinations,

5 U.S.C. § 552(a)(6)(E)(iii), demonstrating an intent that the courts should act quickly to

vindicate the right to expedition.  *See, e.g., American Civil Liberties Union v. Dep't of*

*Justice II*, 321 F. Supp. 2d at 28-29 (complete exhaustion of administrative remedies not

a prerequisite to judicial review of agency expedition decisions).  Congress's mandate

that disputes concerning expedited processing should be quickly resolved would be

frustrated if aggrieved requesters were required to remain idle for 20 days after initiating

suit before moving for partial summary judgment.  Fed. R. Civ. P. 56(a).  As such, claims

involving entitlement to expedited processing are appropriately addressed through

motions for preliminary relief. *Electronic Privacy Information Center*, 416 F. Supp. at

35.  *See also Aguilera v. FBI*, 941 F. Supp. 144, 152-153 (D.D.C. 1996) (granting

preliminary injunction FOIA lawsuit for expedited processing); *Cleaver v. Kelley*, 427 F.

Supp. 80, 81-82 (D.D.C. 1976) (same); *American Civil Liberties Union v. Dep't of

Defense*, 339 F. Supp. 2d 501, 503 (S.D.N.Y. 2004) (same).

The appropriate form of relief is clear.  The applicable DOJ regulations dictate the

manner in which FOIA requests requiring expedition must be processed.  The regulations

provide that DOJ components "ordinarily shall respond to requests according to their

order of receipt," 28 C.F.R. § 16.5(a), but that requests "will be taken out of order and

given expedited treatment whenever it is determined that they [meet the criteria for

expedited processing]."  *Id.* § 16.5(d)(1).  "If a request for expedited treatment is granted,

the request shall be given priority and shall be processed as soon as practicable."  *Id.* §

16.5(d)(4).  Defendant DOJ concedes that Plaintiff's request qualifies for expedited

treatment.  Therefore, the Court should order Defendant DOJ to complete the processing

of Plaintiff's FOIA request immediately.

In several recent cases, this Court and others have imposed specific processing

deadlines on agencies, requiring the prompt delivery of non-exempt records to FOIA

requesters.  In *Judicial Watch, Inc. v. Dep't of Energy*, 191 F. Supp. 2d 138 (D.D.C.

2002), the Court ordered the Commerce Department and the Transportation Department

to process, respectively, 9000 and 6000 pages of material; to complete the processing

within 60 days; and to provide the requester with a *Vaughn* index within 72 days.  *Id.* at

141.  It is worth noting that the FOIA requests at issue in that case were *not* claimed to be

entitled to expedited processing.  Similarly, in *NRDC*, the Court ordered the Energy

Department to process 7500 pages of material; to complete the processing of the "vast

majority" of the material within 32 days; to complete all processing within 48 days; and to provide the requester with a *Vaughn* index within 63 days.  191 F. Supp. 2d at 43-44. Again, the FOIA request in *NRDC*, unlike the requests at issue here, had not been granted expedited treatment.

More recently, in *American Civil Liberties Union v. Dep't of Defense*, a case involving an expedited request, the court ordered a variety of agencies to "produce or identify all responsive documents," and to provide the requesters with a *Vaughn* index, within 30 days.  339 F. Supp. 2d at 505.  Furthermore, in *Electronic Privacy Information Center v. Dep't of Justice*, this Court ordered the FBI to "complete the processing of 1500 pages every 15 calendar days, and provide to Plaintiff all responsive non-exempt pages contained therein, until processing is complete," after the agency had granted a request for expedited processing but failed to produce any responsive records. Civ. No. 05-845, 2005 U.S. Dist. LEXIS 40318, at **5-6 (D.D.C. Nov. 16, 2005) *("Electronic Privacy Information Center II")*.  Likewise, in another case between the same parties, this Court ordered Defendant to process the plaintiff's request, which had been granted expedited treatment, within 20 days of the date of the Court's order, and produce a *Vaughn* index accounting for any withholdings within 10 days thereafter. *Electronic Privacy Information Center,* 416 F. Supp. 2d at 43.

Recognizing the extraordinary public interest in the records at issue here, and in order to facilitate the informed participation of Plaintiff, and the American people, in the current and ongoing debate over the FBI's abuse of NSL authority, the Court should direct Defendant DOJ to complete the processing of Plaintiff's request, and produce or identify all responsive records, within 20 days of the issuance of the order Plaintiff seeks.

The Court should further order Defendant DOJ to serve on Plaintiff a *Vaughn* index 10 days later.[9]

## CONCLUSION

For the foregoing reasons, Plaintiff's motion for a preliminary injunction should be granted. Plaintiff asks that the Court, pursuant to Local Rule 65.1(d), schedule a hearing on this motion at the Court's earliest convenience.

Respectfully submitted,

*/s/ Marcia Hofmann*
MARCIA HOFMANN
D.C. Bar No. 484136

DAVID L. SOBEL
D.C. Bar No. 360418

ELECTRONIC FRONTIER FOUNDATION
1875 Connecticut Avenue NW
Suite 650
Washington, DC 20009
(202) 797-9009

Counsel for Plaintiff

---

[9] Judicial resolution of the expedited processing issue would not resolve all issues raised in the complaint. Once the question of processing time is resolved, the Court would retain jurisdiction to review the completeness and propriety of DOJ's substantive determination of plaintiff's FOIA requests. *See Open America v. Watergate Special Prosecution Force*, 547 F. 2d 605 (D.C. Cir. 1976).

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ELECTRONIC FRONTIER FOUNDATION,   )
   )
     Plaintiff,   )
   )
     v.   )   Civil Action No. _____
   )
DEPARTMENT OF JUSTICE,   )
   )
     Defendant.   )
   )

## DECLARATION OF MARCIA HOFMANN

I, MARCIA HOFMANN, do hereby depose and state:

1. I am counsel for Plaintiff Electronic Frontier Foundation ("EFF").

2. Plaintiff Electronic Frontier Foundation ("EFF") is a not-for-profit corporation

established under the laws of the State of California, with offices in San Francisco, California

and Washington, DC. EFF is a donor-supported membership organization that works to inform

policymakers and the general public about civil liberties issues related to technology, and to act

as a defender of those liberties. In support of its mission, EFF uses the Freedom of Information

Act ("FOIA") to obtain and disseminate information concerning the activities of federal

agencies.

3. By letter delivered by facsimile to the Federal Bureau of Investigation ("FBI")

and dated March 12, 2007, I requested under the FOIA records concerning the Bureau's

misuse of legal authority to issue National Security Letters ("NSLs") to collect customer

account information and transactional records from third parties such as telephone

companies, Internet service providers, financial institutions, and consumer credit

agencies. Letter From Marcia Hofmann, Staff Attorney, Electronic Frontier Foundation

to David Hardy, Chief, Records/Information Dissemination Section, Records

Management Division, FBI 1-2 (March 12, 2007) (attached hereto as Exhibit 1).

    4. Specifically, I stated that EFF sought following agency records (including, but not

limited to, electronic records) from January 1, 2003 to the date of the request:

    A. All records discussing or reporting violations or potential violations of statutes, Attorney General guidelines, and internal FBI policies governing the use of NSLs, including, but not limited to:

      i. Correspondence or communications between the FBI and the Privacy and Civil Liberties Oversight Board concerning violations or potential violations of statutes, Attorney General guidelines, and internal FBI policies governing the use of NSLs; and

      ii. Correspondence or communications between the FBI and Department of Justice Office of the Inspector General concerning violations or potential violations of statutes, Attorney General guidelines, and internal FBI policies governing the use of NSLs;

    B. Guidelines, memoranda or communications addressing or discussing the integration of NSL data into the FBI's Investigative Data Warehouse;

    C. Contracts between the FBI and three telephone companies (as referenced in page 88 of the Inspector General's report), which were intended to allow the Counterterrorism Division to obtain telephone toll billing data from the communications industry as expeditiously as possible;

    D. Any guidance, memoranda or communications discussing the FBI's legal authority to issue exigent letters to telecommunications companies, and the relationship between such exigent letters and the FBI's authority to issue NSLs under the Electronic Communications Privacy Act;

    E. Any guidance, memoranda or communications discussing the application of the Fourth Amendment to NSLs issued under the Electronic Communications Privacy Act;

    F. Any guidance, memoranda or communications interpreting "telephone toll billing information" in the context of the Electronic Communications Privacy Act;

    G. Any guidance, memoranda or communications discussing the meaning of "electronic communication" in the context of the Electronic Communications Privacy Act;

    H.  Copies of sample or model exigent letters used by the FBI's Counterterrorism Division;

    I.  Copies of sample or model NSL approval requests used by the FBI's Counterterrorism Division; and

    J.  Records related to the Counterterrorism Division's Electronic Surveillance Operations and Sharing Unit (EOPS).

5.  Also on March 12, 2007, I provided by facsimile to the Department of Justice ("DOJ") Director of Public Affairs a copy of EFF's FOIA request to the FBI, and asked that the processing of the request be expedited because it involves a "matter of widespread and exceptional media interest in which there exist possible questions about the government's integrity which affect public confidence" under 28 C.F.R. § 16.5(d)(1)(iv).  Letter From Marcia Hofmann, Staff Attorney, Electronic Frontier Foundation to Tasia Scolinos, Director of Public Affairs, DOJ (March 12, 2007) (attached hereto as Exhibit 2).

6.  On Mach 29, 2007, the FBI acknowledged that it had received EFF's March 12, 2007 FOIA request.  Letter From David Hardy, Chief, Records/Information Dissemination Section, Records Management Division, FBI to Marcia Hofmann, Staff Attorney, Electronic Frontier Foundation (March 29, 2007) (attached hereto as Exhibit 3).

7.  On March 30, 2007, the FBI informed me that the Director of Public Affairs had granted Plaintiff's request for expedited processing.  Letter From David Hardy, Chief, Records/Information Dissemination Section, Records Management Division, FBI to Marcia Hofmann, Staff Attorney, Electronic Frontier Foundation (March 30, 2007) (attached hereto as Exhibit 4).

8.  Notwithstanding the Director of Public Affairs' purported decision to expedite the processing of EFF's FOIA request, to date, the FBI has neither completed the processing of EFF's FOIA request nor informed EFF of an anticipated date for the completion of the

processing of the request.

9. Unless the FBI is ordered to process EFF's FOIA request immediately, EFF's right to expedition under the FOIA will be irretrievably lost, resulting in irreparable injury to EFF.

10. Any further delay in the processing of this FOIA request will irreparably harm EFF's ability, and that of the public, to obtain in a timely fashion information vital to the current and ongoing debate surrounding FBI's misuse of its legal authority to issue NSLs.

11. Without the expedited access to information about the FBI's abuse of investigative power to which it is legally entitled, EFF's ability to engage in an urgent and current public policy debate will be irretrievably lost.

Under penalty of perjury, I hereby affirm that the foregoing is true and correct to the best of my knowledge and belief.

4/10/07
DATE

MARCIA HOFMANN

4

# Exhibit 1

*Electronic Frontier Foundation v. Department of Justice*

Plaintiff's Motion for a Preliminary Injunction



**Electronic Frontier Foundation**
Protecting Rights and Promoting Freedom on the Electronic Frontier

March 12, 2007

**BY FACSIMILE — (202) 324-3752**

David M. Hardy, Chief
Record/Information Dissemination Section
Records Management Division
Federal Bureau of Investigation
Department of Justice
935 Pennsylvania Avenue NW
Washington, DC 20535-0001

RE:    <u>**Freedom of Information Act Request and Request for Expedited Processing**</u>

Dear Mr. Hardy:

This letter constitutes an expedited request under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, and is submitted to the Federal Bureau of Investigation ("FBI") on behalf of the Electronic Frontier Foundation ("EFF"). We make this request as part of EFF's FOIA Litigation for Accountable Government ("FLAG") Project, which works to obtain government documents and make them widely available to the public.

By separate letter to the Department of Justice's Director of Public Affairs, we have requested the expedited processing of this request pursuant to 28 C.F.R. § 16.5(d)(1)(iv). For your convenience, we are including a copy of that letter here (without attachments).

In a report issued on March 9, 2007, the Department of Justice's Inspector General documented numerous instances of the FBI's "improper or illegal use" of National Security Letter ("NSL") authority. Specifically, the Inspector General "found that the FBI used NSLs in violation of applicable NSL statutes, Attorney General Guidelines, and internal FBI policies." U.S. Department of Justice, Office of the Inspector General, "A Review of the Federal Bureau of Investigation's Use of National Security Letters" (March 2007), at xlvii.

We are seeking the following agency records (including but not limited to electronic records) from January 1, 2003 to the present:

    1.   All records discussing or reporting violations or potential violations of statutes, Attorney General guidelines, and internal FBI policies governing the use of NSLs, including, but not limited to:

        a.   Correspondence or communications between the FBI and the Privacy and Civil Liberties Oversight Board concerning violations or potential violations of statutes, Attorney General guidelines, and internal FBI policies governing the use of NSLs; and

    b.  Correspondence or communications between the FBI and Department of Justice Office of the Inspector General concerning violations or potential violations of statutes, Attorney General guidelines, and internal FBI policies governing the use of NSLs;

2. Guidelines, memoranda or communications addressing or discussing the integration of NSL data into the FBI's Investigative Data Warehouse;

3. Contracts between the FBI and three telephone companies (as referenced in page 88 of the Inspector General's report), which were intended to allow the Counterterrorism Division to obtain telephone toll billing data from the communications industry as expeditiously as possible;

4. Any guidance, memoranda or communications discussing the FBI's legal authority to issue exigent letters to telecommunications companies, and the relationship between such exigent letters and the FBI's authority to issue NSLs under the Electronic Communications Privacy Act;

5. Any guidance, memoranda or communications discussing the application of the Fourth Amendment to NSLs issued under the Electronic Communications Privacy Act;

6. Any guidance, memoranda or communications interpreting "telephone toll billing information" in the context of the Electronic Communications Privacy Act;

7. Any guidance, memoranda or communications discussing the meaning of "electronic communication" in the context of the Electronic Communications Privacy Act;

8. Copies of sample or model exigent letters used by the FBI's Counterterrorism Division;

9. Copies of sample or model NSL approval requests used by the FBI's Counterterrorism Division; and

10. Records related to the Counterterrorism Division's Electronic Surveillance Operations and Sharing Unit (EOPS).

We believe that records responsive to this request are likely to be located within the FBI's Office of General Counsel, National Security Law Branch, and Counterterrorism Division.

**Request for News Media Fee Status**

EFF asks that it not be charged search or review fees for this request because EFF qualifies as a "representative of the news media" pursuant to the FOIA and 28 C.F.R. § 16.11(b)(6). In requesting this classification, we note that both the Department of Homeland Security and the National Security Agency have recognized that EFF qualifies as a "news media" requester, based

upon the publication activities set forth below (see DHS stipulation and NSA letter, attached hereto). We further note that the U.S. Court of Appeals for the D.C. Circuit has stressed that "different agencies [must not] adopt inconsistent interpretations of the FOIA." *Al-Fayed v. CIA*, 254 F.3d 300, 307 (D.C. Cir. 2001), quoting *Pub. Citizen Health Research Group v. FDA*, 704 F.2d 1280, 1287 (D.C. Cir. 1983).

EFF is a non-profit public interest organization that works "to protect and enhance our core civil liberties in the digital age."[1]  One of EFF's primary objectives is "to educate the press, policymakers and the general public about online civil liberties."[2]  To accomplish this goal, EFF routinely and systematically disseminates information in several ways.

First, EFF maintains a frequently visited web site, http://www.eff.org, which received 40,,042,510 hits in February 2007 — an average of 59,587 per hour.  The web site reports the latest developments and contains in-depth information about a variety of civil liberties and intellectual property issues.

EFF has regularly published an online newsletter, the EFFector, since 1990.  The EFFector currently has more than 77,000 subscribers.  A complete archive of past EFFectors is available at http://www.eff.org/effector/.

Furthermore, EFF publishes a blog that highlights the latest news from around the Internet. DeepLinks (http://www.eff.org/deeplinks/) reports and analyzes newsworthy developments in technology. It also provides miniLinks, which direct readers to other news articles and commentary on these issues.  DeepLinks had 451,585 hits in February 2007.[3]

In addition to reporting hi-tech developments, EFF staff members have presented research and in-depth analysis on technology issues in no fewer than eighteen white papers published since 2002.  These papers, available at http://www.eff.org/wp/, provide information and commentary on such diverse issues as electronic voting, free speech, privacy and intellectual property.

EFF has also published several books to educate the public about technology and civil liberties issues.  *Everybody's Guide to the Internet* (MIT Press 1994), first published electronically as *The Big Dummy's Guide to the Internet* in 1993, was translated into several languages, and is still sold by Powell's Books (http://www.powells.com).  EFF also produced *Protecting Yourself Online: The Definitive Resource on Safety, Freedom & Privacy in Cyberspace* (HarperEdge 1998), a "comprehensive guide to self-protection in the electronic frontier," which can be purchased via Amazon.com (http://www.amazon.com).  Finally, *Cracking DES: Secrets of Encryption Research, Wiretap Politics & Chip Design* (O'Reilly 1998) revealed technical details on encryption security to the public.  The book is available online at http://cryptome.org/cracking-des.htm and for sale at Amazon.com.

---

[1] Guidestar Basic Report, Electronic Frontier Foundation, http://www.guidestar.org/pqShowGs Report.do?npoId=561625 (last visited March 10, 2007).

[2] *Id.*

[3] These figures include hits from RSS feeds through which subscribers can easily track updates to DeepLinks and miniLinks.

Most recently, EFF has begun broadcasting podcasts of interviews with EFF staff and outside experts. *Line Noise* is a five-minute audio broadcast on EFF's current work, pending legislation, and technology-related issues. A listing of *Line Noise* podcasts is available at feed://www.eff.org/rss/linenoisemp3.xml and feed://www.eff.org/rss/linenoiseogg.xml. These podcasts were downloaded more than 2,700 times from EFF's web site last month.

These extensive publication activities show that EFF is a "representative of the news media" under the FOIA and agency regulations.

**Request for a Public Interest Fee Waiver**

EFF is entitled to a waiver of duplication fees because disclosure of the requested information is in the public interest within the meaning of 5 U.S.C. § 552(a)(4)(a)(iii) and 28 C.F.R. § 16.11(k). To determine whether a request meets this standard, Department of Justice components determine whether "[d]isclosure of the requested information is likely to contribute significantly to public understanding of the operations or activities of the government," and whether such disclosure "is not primarily in the commercial interest of the requester." 28 C.F.R. §§ 16.11(k)(i), (ii). This request clearly satisfies these criteria.

First, the FBI's issuance of NSLs concerns "the operations or activities of the government." 28 C.F.R. § 16.11(k)(2)(i). The agency's interpretation and use of legal authority to issue NSLs unquestionably constitutes government operations or activities.

Second, disclosure of the requested information will "contribute to an understanding of government operations or activities." 28 C.F.R. § 16.11(k)(2)(ii) (internal quotation marks omitted). EFF has requested information that will shed light on how the FBI exercises its power to issue NSLs.

Third, the requested material will "contribute to public understanding" of the FBI's use of NSL authority. 28 C.F.R. § 16.11(k)(2)(iii) (internal quotation marks omitted). This information will contribute not only to EFF's understanding of the way that the FBI exercises its power to issue NSLs, but to the understanding of a reasonably broad audience of persons interested in the subject. EFF will make the information it obtains under the FOIA available to the public and the media through its web site and newsletter, which highlight developments concerning privacy and civil liberties issues, and/or other channels discussed more fully above.

Fourth, the disclosure will "contribute significantly" to the public's knowledge and understanding of the FBI's use of its authority to collect investigative data through NSLs. 28 C.F.R. § 16.11(k)(2)(iv) (internal quotation marks omitted). Disclosure of the requested information will help inform the public about the FBI's interpretation of the laws and policies that govern issuance of NSLs, as well as contribute to the public debate about how this authority should be exercised.

Furthermore, a fee waiver is appropriate here because EFF has no commercial interest in the disclosure of the requested records. 28 C.F.R. § 16.11(k)(3). EFF is a 501(c)(3) nonprofit

organization, and will derive no commercial benefit from the information at issue here.

Thank you for your consideration of this request. As applicable Department regulations provide, we will anticipate your determination within ten (10) calendar days. 28 CFR 16.5(d)(1). Please be advised that, given the urgency of this matter, EFF intends to seek immediate judicial relief if a response to this request for expedition is not issued in a timely manner.

Sincerely,

Marcia Hofmann
Staff Attorney

Attachments

# Exhibit 2

*Electronic Frontier Foundation v. Department of Justice*

Plaintiff's Motion for a Preliminary Injunction



**Electronic Frontier Foundation**
Protecting Rights and Promoting Freedom on the Electronic Frontier

March 12, 2007

**BY FACSIMILE – (202) 514-5331**

Tasia Scolinos
Director of Public Affairs
Office of Public Affairs
U.S. Department of Justice
Room 1128
950 Pennsylvania Avenue, N.W.
Washington DC 20530-0001

     **RE:**    <u>**Request For Expedited FOIA Processing**</u>

Dear Ms. Scolinos:

This is a request for expedited processing of a Freedom of Information Act ("FOIA") request, made pursuant to 28 C.F.R. § 16.5(d)(1). By separate letter (attached hereto), the Electronic Frontier Foundation ("EFF") today submitted an FOIA request to the Federal Bureau of Investigation ("FBI") seeking the disclosure of FBI records about policies, procedures and practices concerning the Bureau's issuance of National Security Letters ("NSLs").

We believe this request meets the criteria for expedited processing under 28 C.F.R. § 16.5(d)(1)(iv), as "[a] matter of widespread and exceptional media interest in which there exist possible questions about the government's integrity which affect public confidence." 28 C.F.R. § 16.5(d)(1)(iv).

In a report issued on March 9, 2007, the Department of Justice's Inspector General documented numerous instances of the FBI's "improper or illegal use" of NSL authority. Specifically, the Inspector General "found that the FBI used NSLs in violation of applicable NSL statutes, Attorney General Guidelines, and internal FBI policies." U.S. Department of Justice, Office of the Inspector General, "A Review of the Federal Bureau of Investigation's Use of National Security Letters" (March 2007), at xlvii.

There can be no question that the FBI's "improper or illegal use" of NSL authority has engendered "widespread and exceptional media interest" since the Inspector General's report was released three days ago. According to a search of the Lexis-Nexis "News, Most Recent 90 Days" database, more than 125 articles containing the terms "FBI" and "National Security Letters" appeared in the first three days since the report was released (search results attached hereto). A search of Google News using the same terms indicates that 1,235 online articles have appeared during the same period (search results listing first 50 hits attached hereto).

Lest there be any doubt that there has been "widespread and exceptional media interest" in the issue, we note that FBI Director Mueller convened a press conference to answer questions about the IG's report less than two hours after it was released. *See* http://www.fbi.gov/pressrel/pressrel07/nsl_transcript030907.htm. In addition, the FBI's homepage currently features a link to the Bureau's "response to the DOJ Inspector General's report on the use of National Security

Letters and our answers to questions about their use and investigative value" (image of FBI homepage attached hereto).

It is equally clear that "there exist possible questions about the government's integrity which affect public confidence." Such questions are exemplified in the following exchange at Director Mueller's press conference:

> QUESTION: Director, you talked about how critically important these letters are to the mission of the FBI. And we also know that the FBI's allowed to do this without seeking a court order for the information. Is part of your frustration that this is about trust; that Congress gives you this authority to go out and do this, (inaudible) in dealing with these issues?

> MUELLER: Well, I think Congress and the American people should have a lot of trust in the FBI. Occasionally, there are areas where we need to admit mistakes that we've made – this is one of them; areas where we should've done a better job – this is one of them. And I think Congress and ourselves should both trust but also verify.

Similarly, in remarks made shortly after the release of the IG report, the Attorney General acknowledged that "we must act quickly and decisively to restore the public's confidence." Prepared Remarks of Attorney General Alberto R. Gonzales at the International Association of Privacy Professionals Privacy Summit Washington, D.C., March 9, 2007 (available at http://www.usdoj.gov/ag/speeches/2007/ag_speech_ 070309.html).

In addition, editorials in the country's leading newspapers are raising questions about "integrity" and "public confidence." *See, e.g.*, The Washington Post, "Abuse of Authority; The FBI's gross misuse of a counterterrorism device," March 11, 2007, p. B6 ("The report depicts an FBI cavalierly using its expanded power to issue 'national security letters' without adequate oversight or justification."); The New York Times, "The Failed Attorney General," March 11, 2007, p. 13, Section 4 ("[The] inspector general exposed the way the Federal Bureau of Investigation has been abusing yet another unnecessary new power . . .").

The American public is deeply concerned about potential government intrusions into personal affairs, particularly those involving (as some NSLs do) private communications. While the Inspector General, Attorney General and FBI Director have acknowledged and addressed these concerns, there is no substitute for the disclosure of internal agency records detailing the policies, procedures and practices concerning the Bureau's issuance of NSLs. Indeed, the very purpose of the FOIA is to lessen the public's dependence on official agency statements and open the underlying documentation to public scrutiny. This is clearly an instance in which expedited processing of an FOIA request is warranted.

Thank you for your consideration of this request. As applicable Department regulations provide, we will anticipate your determination within ten (10) calendar days. 28 C.F.R. § 16.5(d)(1). Please be advised that, given the urgency of this matter, EFF intends to seek immediate judicial relief if a response to this request for expedition is not issued in a timely manner.

Under penalty of perjury, I hereby affirm that the foregoing is true and correct to the best of my knowledge and belief.

Sincerely,

Marcia Hofmann
Staff Attorney

Attachments

1. The Failed Attorney General,  The New York Times, March 11, 2007 Sunday,  Late Edition - Final, Section 4; Column 1; Editorial Desk; Pg. 13, 679 words

2. Bush Addresses Misuse of F.B.I. Subpoenas,  The New York Times, March 11, 2007 Sunday,  Late Edition - Final, Section 1; Column 1; National Desk; Pg. 27, 252 words, By The New York Times, ESTANCIA ANCHORENA, Uruguay, March 10

3. FBI vow to go straight,  Sunday Tasmanian (Australia), March 11, 2007 Sunday, WORLD; Pg. 22, 396  words, STEFANIE BALOGH

4. FBI abused terror phone-tap powers,  The Sunday Mail (Australia), March 11, 2007 Sunday,  State - Main Country Edition, WORLD; Pg. 44, 579 words, STEFANIE BALOGH in New York

5. Abuse of Authority;  The FBI's gross misuse of a counterterrorism device,  The Washington Post, March 11, 2007 Sunday,  Final Edition, Editorial; B06, 631 words

6. Remarks by President Bush and President Vazquez of Uruguay in a Joint Press Availability,  Business Wire, March 10, 2007 Saturday 5:55 PM GMT, , 3175 words, MONTEVIDEO, Uruguay

7. Justice Department criticizes FBI for misusing Patriot Act in gathering personal data on Americans,  CBS News Transcripts, SHOW: The Saturday Early Show 7:00 AM EST CBS, March 10, 2007 Saturday, 346  words

8. Remarks by President Bush and President V·zquez of Uruguay in a Joint Press Availability,  Christian Newswire, March 10, 2007 Saturday 12:00 AM GMT, , 3234 words, By White House

9. Bush Taunted on his Trip; FBI Gone Too Far?; Fatal Bus Crash; Tracking Predators; Bush in Uruguay, Anti-Bush Protests in Argentina; Iranian Official Disappears; D.C. Madam Threatens to Open Books,  CNN, SHOW: CNN SATURDAY MORNING NEWS 7:00 AM EST, March 10, 2007 Saturday, NEWS; Domestic, 10122  words, Don Lemon, Melissa Long, Ed Henry, Kelli Arena, Drew Griffin, Veronica de la Cruz, Elizabeth Cohen, Bob Franken, Ben Wedeman, Brianna Keilar, Reynolds Wolf, Susan Roesgen, Sanjay Gupta, Karl Penhaul, Jeanne Moos

10. Gasp!,  The Democratic Daily, March 10, 2007 Saturday 7:21 PM EST, , 541 words, Todd Mitchell

11. FBI admits abuse of security system to obtain citizens' personal data,  Financial Times (London, England), March 10, 2007 Saturday,  London Edition 1, WORLD NEWS; Pg. 8, 502 words, By STEPHANIE KIRCHGAESSNER, WASHINGTON

12. FBI criticized over use of Patriot Act,  The International Herald Tribune, March 10, 2007 Saturday, NEWS; Pg. 2, 518 words, David Johnston and Eric Lipton - The New York Times Media Group, WASHINGTON

13. FBI criticized over use of its subpoena power;  Justice Department cites lack of controls,  The International Herald Tribune, March 10, 2007 Saturday, NEWS; Pg. 2, 635 words, David Johnston and Eric Lipton - The New York Times Media Group, WASHINGTON

14. FBI ABUSES MAY LEAD TO LIMITS ON PATRIOT ACT;  Reports of the bureau improperly obtaining citizens' phone and bank data spark anger.;  SENATORS WANT ANSWERS,  Los Angeles Times, March 10, 2007 Saturday,  Home Edition, MAIN NEWS; National Desk; Part A; Pg. 1, 1552 words, Richard B. Schmitt, Times Staff Writer,  WASHINGTON

15. FBI broke law in prying out Americans' personal info, attorney general, FBI head say,  The Merced Sun-Star (California), March 10, 2007 Saturday, Pg. 01, 962 words, By LARA JAKES JORDAN

16. Judiciary Chairman Leahy on FBI Patriot Act Abuses,  National Public Radio (NPR), SHOW: Weekend All Things Considered 7:00 PM EST , March 10, 2007 Saturday, 801  words

17. FBI admits abusing powers; Patriot Act faces more criticism,  The News & Observer (Raleigh, North Carolina), March 10, 2007 Saturday,  Final Edition, NEWS; Pg. A1, 770 words, Greg Gordon, McClatchy Newspapers

18. F.B.I. HEAD ADMITS MISTAKES IN USE OF SECURITY ACT,  The New York Times, March 10, 2007 Saturday,  Late Edition - Final, Section A; Column 1; National Desk; Pg. 1, 1156 words, By DAVID STOUT, WASHINGTON, March 9

19. FBI's Mueller takes blame for agency's abuse of power Lawmakers and civil libertarians called for a rollback of FBI authority under the Patriot Act.,  Orlando Sentinel (Florida), March 10, 2007 Saturday,  FINAL, A SECTION; FLORIDA; Pg. A3, 422 words, Greg Gordon, Mcclatchy Newspapers

20. SPECTER CALLS FOR PATRIOT ACT REVIEW SENATE JUDICIARY COMMITTEE'S LEADERS WANT EXTENSIVE HEARINGS ON FBI VIOLATIONS,  Pittsburgh Post-Gazette (Pennsylvania), March 10, 2007 Saturday,  REGION EDITION, NATIONAL; Pg. A-1, 582 words, Jerome L. Sherman Pittsburgh Post-Gazette

21. SPECTER CALLS FOR PATRIOT ACT REVIEW SENATE JUDICIARY COMMITTEE'S LEADERS WANT EXTENSIVE HEARINGS ON FBI VIOLATIONS,  Pittsburgh Post-Gazette (Pennsylvania), March 10, 2007 Saturday,  REGION EDITION, NATIONAL; Pg. A-1, 582 words, Jerome L. Sherman Pittsburgh Post-Gazette

22. Remarks by President Bush and President Vazquez of Uruguay in a Joint Press Availability ,  PR Newswire US, March 10, 2007 Saturday 7:03 PM GMT, , 3238 words, WASHINGTON March 10

23. Washington Arms, Slate Magazine, March 10, 2007 Saturday, TODAY'S PAPERS, 786 words, Telis Demos

24. FBI REBUKED FOR ABUSING PATRIOT ACT, Sun-Sentinel (Fort Lauderdale, Florida), March 10, 2007 Saturday, Broward Metro Edition, NATIONAL; Pg. 3A, 751 words, WASHINGTON {BYLINE} By David Stout The New York Times

25. Two top officials admit FBI abuse of the Patriot Act, Unknownpub: Star-Ledger, The (Newark, NJ), March 10, 2007 Saturday, FINAL EDITION, NEWS; Pg. 9, 816 words, BY LARA JAKES JORDAN, ASSOCIATED PRESS, WASHINGTON

26. Remarks by President Bush and President Vazquez of Uruguay in a Joint Press Availability, U.S. Newswire, March 10, 2007 Saturday 2:03 PM EST, , POLITICAL EDITORS, 3185 words, WASHINGTON, March 10

27. Gonzales Tries to Mollify GOP Critics on Firings; FBI Missteps, The Washington Post, March 10, 2007 Saturday, Final Edition, A Section; A05, 774 words, Paul Kane and Michael Abramowitz, Washington Post Staff Writers

28. FBI Audit Prompts Calls for Reform; Some Lawmakers Suggest Limits On Patriot Act, The Washington Post, March 10, 2007 Saturday, Final Edition, A Section; A01, 1270 words, Dan Eggen and John Solomon, Washington Post Staff Writers

29. Report Details Missteps in Data Collection, The Washington Post, March 10, 2007 Saturday, Final Edition, A Section; A01, 1158 words, R. Jeffrey Smith, Washington Post Staff Writer

30. FBI issues subpoenas improperly: report, Xinhua General News Service, March 10, 2007 Saturday 11:30 AM EST, , WORLD NEWS; Political, 481 words, WASHINGTON

31. Saturday, March 10, CNN.com, March 10, 2007 Saturday 11:01 PM EST, , WORLD, 2318 words

32. ABC NEWS NOW/SPECIAL REPORT, ABC News Now, SHOW: SPECIAL REPORT 11:33 AM EST, March 9, 2007 Friday, 4021 words

33. PATRIOT ACT; FBI TO HOLD NEWS CONFERENCE, ABC News Now, SHOW: INSIDE THE NEWSROOM #2 10:01 AM EST, March 9, 2007 Friday, 164 words

34. NEWS HEADLINES, ABC News Transcript, SHOW: GOOD MORNING AMERICA 7:10 AM EST, March 9, 2007 Friday, 806 words

35. FBI underreported use of USA Patriot Act, AFX International Focus, March 9, 2007 Friday 2:27 PM GMT, , 531 words

36. FBI underreported use of USA Patriot Act, AFX.COM, March 9, 2007 Friday 2:27 PM GMT, , 531 words

37. FBI underreported use of USA Patriot Act, AFX - Asia, March 9, 2007 Friday 2:12 PM GMT, , 531 words

38. FBI NOT FOLLOWING LAW OF THE LETTERS, American Public Radio, SHOW: APM MARKETPLACE 12:00 AM EST, March 9, 2007 Friday, 344 words

39. Text of Chinese government report on US human rights record in 2006, BBC Monitoring Asia Pacific - Political Supplied by BBC Worldwide Monitoring, March 9, 2007 Friday, 10045 words

40. Justice Department inspector general says FBI misusing Patriot Act, CBS News Transcripts, SHOW: CBS Evening News 6:30 PM EST CBS, March 9, 2007 Friday, 402 words

41. Justice Department finds 'serious misuse' of power by FBI, Chicago Tribune (Illinois), March 9, 2007 Friday, WASHINGTON DATELINE, 20070309-BC-FBI, 1174 words, By Andrew Zajac, Chicago Tribune, WASHINGTON

42. FBI Breaks Snooping Rules; Getting Out of Iraq; Challenging Chavez: President Bush Visits Latin America, CNN, SHOW: LOU DOBBS TONIGHT 6:00 PM EST, March 9, 2007 Friday, NEWS; International, 7538 words, Lou Dobbs, Kelli Arena, Dana Bash, Ed Henry, William Schneider, Christine Romans

43. Talking With the Enemy: One-on-One With Iran?; Al Sharpton's Roots: Surprise Ties to Strom Thurmond; Chavez Leads Anti-Bush Rally, CNN, SHOW: THE SITUATION ROOM 5:30 PM EST, March 9, 2007 Friday, NEWS; International, 7231 words, Suzanne Malveaux, Zain Verjee, Susan Candiotti, Jack Cafferty

44. Fierce Critic of Iraq War Criticiezd by Others; Misuse of FBI Power?; Newt Gingrich Admits Cheating on Former Wife, CNN, SHOW: THE SITUATION ROOM 4:00 PM EST, March 9, 2007 Friday, NEWS; International, 7794 words, Dana Bash, Ed Henry, Carol Costello, Jack Cafferty, Bill Schneider, Suzanne Malveaux, Jacki Schechner, Jeff Greenfield, Donna Brazile, Brian Todd

45. President Bush Visits Latin America; Dick Cheney Losing Influence?, CNN, SHOW: CNN NEWSROOM 3:00 PM EST, March 9, 2007 Friday, NEWS; International, 6841 words, Randi Kaye, Felicia Taylor, Rob Marciano, Brooke Anderson, Brianna Keilar, Kelli Arena, Don Lemon, Fredricka Whitfield, Tom Foreman, Karl Penhaul, Dr. Sanjay Gupta

46. President Bush and Brazilian President Address; Outcry Over Government Snooping in War on Terror; Deborah Jean Palfry Pleaded Not Guilty To Running Prostitution Ring in Washington, D.C., CNN, SHOW: CNN NEWSROOM 1:00 PM EST, March 9, 2007 Friday, NEWS; International, 5979 words, Don Lemon; Fredricka Whitfield; Kelli Arena; Brianna Keilar; Aneesh Raman; Felicia Taylor

47. FBI Privacy Violations?; President Bush Signs Ethanol Agreement With Brazil; Farrakhan One-on-One, CNN, SHOW: CNN NEWSROOM 11:00 AM EST, March 9, 2007 Friday, NEWS; International, 6381 words, Rick Sanchez, Heidi Collins, Kelli Arena, Juan Carlos Lopez, Don Lemon, C.J. Cassidy

48. Privacy Vs. Security; Shooting In Florida; Timely Move?; Private Information Report, CNN, SHOW: CNN NEWSROOM 10:00 AM EST, March 9, 2007 Friday, NEWS; Domestic, 8165 words, Heidi Collins, Rick Sanchez, Bob Franken, Kelli Arena, Drew Griffin, Brianna Keilar

49. Fuel and Fury; Privacy Vs. Security; Battle Over Iraq, CNN, SHOW: CNN NEWSROOM 9:00 AM EST, March 9, 2007 Friday, NEWS; International, 6881 words, Heidi Collins, Rick Sanchez, Elaine Quijano, Kelli Arena, Andrea Koppel, Brianna Keilar, Tom Foreman, Karl Penhaul, Randi Kaye

50. Under-Reported: FBI Private Record Search; Latin America Visit: Bush Pushes Ethanol Deal; A Reporter's Notebook: Life in Iraq, CNN, SHOW: AMERICAN MORNING 8:00 AM EST, March 9, 2007 Friday, NEWS; International, 6765 words, Soledad O'Brien, Miles O'Brien, Kelli Arena, Elaine Quijano, Arwa Damon, Karl Penhaul, Chris Lawrence, Ali Velshi, Gerri Willis, Heidi Collins

51. FBI Answering Questions About How Often They Were Searching Our Private Information; Hepatitis in Hollywood, CNN, SHOW: AMERICAN MORNING 7:00 AM EST, March 9, 2007 Friday, NEWS, INTERNATIONAL, 7603 words, Soledad O'Brien, Miles O'Brien, Brianna Keilar, Elaine Quijano, Zain Verjee, Chris Lawrence, Bob Franken, Jeff Toobin, Chad Myers, Paula Hancocks, Ali Velshi

52. Briefly, The Commercial Appeal (Memphis, TN), March 9, 2007 Friday, Final Edition, NEWS; Pg. A13, 272 words, From Our Press Services

53. PRESS CONFERENCE WITH SENATOR RICHARD DURBIN (D-IL); SENATOR JOHN SUNUNU (R-NH); AND OTHERS; TOPIC: THE DEPARTMENT OF JUSTICE INSPECTOR GENERAL'S REPORT ON NATIONAL SECURITY LETTERS AND PATRIOT ACT POWERS; LOCATION: THE RADIO/TV GALLERY, THE CAPITOL, WASHINGTON, D.C., Federal News Service, March 9, 2007 Friday, PRESS CONFERENCE OR SPEECH, 3019 words

54. PRESS CONFERENCE WITH ROBERT MUELLER, DIRECTOR OF THE FEDERAL BUREAU OF INVESTIGATION; TOPIC: THE DEPARTMENT OF JUSTICE INSPECTOR GENERAL'S REPORT ON NATIONAL SECURITY LETTERS AND PATRIOT ACT POWERS; LOCATION: WASHINGTON, D.C., Federal News Service, March 9, 2007 Friday, JUSTICE DEPARTMENT HEARING, 4460 words

55. PRESS CONFERENCE WITH SENATOR CHUCK SCHUMER (D-NY) AND REPRESENTATIVE RAHM EMANUEL (D-IL); SUBJECT: CHANGE OF COURSE IN IRAQ; LOCATION: SENATE RADIO/TV GALLERY, THE CAPITOL, WASHINGTON, D.C., Federal News Service, March 9, 2007 Friday, PRESS CONFERENCE OR SPEECH, 3301 words

56. REMARKS BY ATTORNEY GENERAL OF THE UNITED STATES ALBERTO GONZALES AT THE INTERNATIONAL ASSOCIATION OF PRIVACY PROFESSIONALS 2007 SUMMIT; LOCATION: GRAND BALLROOM, RENAISSANCE HOTEL, WASHINGTON, D.C., Federal News Service, March 9, 2007 Friday, 4130 words

57. PRESS CONFERENCE WITH SENATOR PATRICK LEAHY (D-VT), CHAIRMAN OF THE SENATE JUDICIARY COMMITTEE, AND SENATOR ARLEN SPECTER (R-PA), RANKING MEMBER; TOPIC: THE DEPARTMENT OF JUSTICE INSPECTOR GENERAL'S REPORT ON NATIONAL SECURITY LETTERS AND PATRIOT ACT POWERS; LOCATION: THE SENATE RADIO/TV GALLERY, THE CAPITOL, WASHINGTON, D.C., Federal News Service, March 9, 2007 Friday, PRESS CONFERENCE OR SPEECH, 1948 words

58. Teachers Having Sex with Students, Fox News Network, SHOW: FOX HANNITY & CO 9:00 PM EST, March 9, 2007 Friday, NEWS; Domestic, 1676 words, Sean Hannity; Alan Colmes, Mercedes Colwin

59. FBI Abused Patriot Act Powers, Fox News Network, SHOW: FOX SPECIAL REPORT WITH BRIT HUME 6:00 PM EST, March 9, 2007 Friday, NEWS; Domestic, 2000 words, Jim Angle, Catherine Herridge, Major Garrett, Carl Cameron

60. FBI Under Fire; Lewis Libby's Cloud, Fox News Network, SHOW: FOX SPECIAL REPORT WITH BRIT HUME 6:00 PM EST, March 9, 2007 Friday, 2083 words, Jim Angle; Mort Kondracke; Fred Barnes; Charles Krauthammer

61. DOJ IG Report Criticizes FBI's Use Of National Security Letters, The Frontrunner, March 9, 2007 Friday, WASHINGTON NEWS, 237 words

62. DOJ IG Report Criticizes FBI's Use Of National Security Letters, The Frontrunner, March 9, 2007 Friday, WASHINGTON NEWS, 237 words

63. FBI abused Patriot Act powers, audit finds , Guardian Unlimited , March 9, 2007, 503 words

64. FBI ABUSED PATRIOT ACT POWERS, AUDIT FINDS, Guardian Unlimited, March 9, 2007 Friday, A2007030958-14102-GNW, 506 words

65. "A Review of the Federal Bureau of Investigation's Use of National Security Letters", How Appealing, March 9, 2007 Friday 10:54 AM EST, , 51 words, Howard Bashman

66. The Hyperventilating Starts Early, Joust the Facts, March 9, 2007 Friday 3:05 PM EST, , 487 words, Giacomo

67. FACT SHEET: Department of Justice Actions on FBI Use of National Security Letters, Justice Department Documents and Publications, March 9, 2007, JUSTICE DEPARTMENT PRESS RELEASES, 440 words

68. FBI abused its powers, the inspector general finds, Knight Ridder Washington Bureau, March 9, 2007 Friday, WASHINGTON DATELINE, 20070309-BC-FBI, 992 words, By Greg Gordon, McClatchy Newspapers, WASHINGTON

69. FBI Investigations Faulted in Scathing Report, National Public Radio (NPR), SHOW: All Things Considered 8:00 PM EST , March 9, 2007 Friday, 810 words

70. Libby, Iraq and Justice, National Public Radio (NPR), SHOW: All Things Considered 8:00 PM EST , March 9, 2007 Friday, 1699 words

71. Audit Finds Illegal Use of Patriot Act, National Public Radio (NPR), SHOW: Day to Day 4:00 PM EST , March 9, 2007 Friday, 852 words

72. FBI's Use of 'National Security Letters' Questioned, National Public Radio (NPR), SHOW: Morning Edition 11:00 AM EST , March 9, 2007 Friday, 679 words

73. U.S. Report to Fault Wide Use Of Special Subpoenas by F.B.I., The New York Times, March 9, 2007 Friday, Late Edition - Final, Section A; Column 2; National Desk; Pg. 1, 1077 words, By DAVID JOHNSTON and ERIC LIPTON, WASHINGTON, March 8

74. FBI Finds Misuses of Patriot Act, The NewsHour with Jim Lehrer, SHOW: NEWSHOUR 6:00 PM EST, March 9, 2007 Friday, NEWS; International, 7034 words, Ray Suarez, Judy Woodruff, Jeffrey Brown

75. Reaction of Senator Patrick Leahy, Chairman, Senate Judiciary Committee, on the Inspector General's Report on the Use of National Security Letters , PR Newswire US, March 9, 2007 Friday 6:33 PM GMT, , 162 words, WASHINGTON March 9

76. Fact Sheet: Department of Justice Actions on FBI Use of National Security Letters , PR Newswire US, March 9, 2007 Friday 6:26 PM GMT, , 491 words, WASHINGTON March 9

77. Prepared Remarks of Attorney General Alberto R. Gonzales at the International Association of Privacy Professionals Privacy Summit , PR Newswire US, March 9, 2007 Friday 5:56 PM GMT, , 2943 words, WASHINGTON March 9

78. FBI draws flak for use of anti-terrorism laws' provision, The Press Trust of India, March 9, 2007 Friday, NATIONWIDE INTERNATIONAL NEWS, 243 words, New York Mar 9

79. Inspector general: FBI is misusing "national security letters", Salon.com, March 9, 2007 Friday, WAR ROOM, 558 words, Tim Grieve

80. The FBI's lawbreaking is tied directly to President Bush, Salon.com, March 9, 2007 Friday, GREENWALD, 2513 words, Glenn Greenwald

81. The week in review, Scripps Howard News Service, March 09, 2007, Friday 5:23 PM EST, , DOMESTIC NEWS, 780 words, THOMAS HARGROVE, Scripps Howard News Service

82. Improper snooping under Patriot Act, Scripps Howard News Service, March 09, 2007, Friday 3:44 PM EST, , COMMENTARY, 302 words, An editorial / By Dale McFeatters, Scripps Howard News Service

83. Error Prone, Slate Magazine, March 9, 2007 Friday, TODAY'S PAPERS, 946 words, Daniel Politi

84. Error Prone, Slate Magazine, March 9, 2007 Friday, TODAY'S PAPERS, 946 words, Daniel Politi

85. Error Prone, Slate Magazine, March 9, 2007 Friday, TODAY'S PAPERS, 946 words, Daniel Politi

86. Error Prone, Slate Magazine, March 9, 2007 Friday, TODAY'S PAPERS, 946 words, Daniel Politi

87. Error Prone, Slate Magazine, March 9, 2007 Friday, TODAY'S PAPERS, 946 words, Daniel Politi

88. G-Men Behaving Badly, Slate Magazine, March 9, 2007 Friday, TODAY'S BLOGS, 996 words, Michael Weiss

89. Error Prone, Slate Magazine, March 9, 2007 Friday, TODAY'S PAPERS, 946 words, Daniel Politi

90. Justice Dept. report faults FBI data on Patriot Act, St. Louis Post-Dispatch (Missouri), March 9, 2007 Friday, FIRST EDITION, NEWS; Pg. A6, 182 words, THE ASSOCIATE PRESS

91. Justice Dept. report faults FBI data on Patriot Act, St. Louis Post-Dispatch (Missouri), March 9, 2007 Friday, THIRD EDITION, NEWS; Pg. A6, 180 words, THE ASSOCIATE PRESS, WASHINGTON

92. JUSTICE REPORT CRITICIZES FBI'S USE OF PATRIOT ACT, Sun-Sentinel (Fort Lauderdale, Florida), March 9, 2007 Friday, BROWARD METRO Edition, NATIONAL; Pg. 9A, 959 words, WASHINGTON {BYLINE} By Lara Jakes Jordan The Associated Press

93. Impeach Alberto Gonzales, TalkLeft: the Politics of Crime, March 9, 2007 Friday 8:04 PM EST, , 287 words, Big Tent Democrat

94. Frequent Errors In FBI's Secret Records Requests; Audit Finds Possible Rule Violations, TechNews, March 9, 2007 Friday 3:58 AM GMT, , POLITICS; Pg. A01, 1335 words, By John Solomon and Barton Gellman, Washington Post Staff Writers

95. CIVIL LIBERTIES; FBI USE OF 'NATIONAL SECURITY LETTERS' CRITICIZED, TECHNOLOGY DAILY, March 9, 2007 Thursday, AM EDITION, 164 words

96. CIVIL LIBERTIES; MISUSE OF 'NATIONAL SECURITY LETTERS' SPURS OUTCRY, TECHNOLOGY DAILY, March 9, 2007 Friday, PM EDITION, 497 words

97. Audit finds FBI flaws pervasive in secret requests for records, Unknownpub: Star-Ledger, The (Newark, NJ), March 9, 2007 Friday, FINAL EDITION, NEWS; Pg. 4, 968 words, JOHN SOLOMON AND BARTON GELLMAN, WASHINGTON POST, WASHINGTON

98. Legislators: FBI may need reining in, UPI, March 9, 2007 Friday 4:11 PM EST, , 160 words, WASHINGTON, March 9

99. UPI NewsTrack TopNews, UPI, March 9, 2007 Friday 8:44 AM EST, , 870 words

100. Report: FBI errors in records program, UPI, March 9, 2007 Friday 7:42 AM EST, , 167 words, WASHINGTON, March 9

101. REP. HOYER ISSUES STATEMENT ON REPORT CRITICIZING FBI'S USE OF NATIONAL SECURITY LETTERS, US Fed News, March 9, 2007 Friday 10:58 PM EST, , 216 words, US Fed News, WASHINGTON

102. SEN. SUNUNU: INSPECTOR GENERAL'S REPORT ON NATIONAL SECURITY LETTERS INDICATES 'FAILURE OF SUPERVISION, MANAGEMENT, AND LEADERSHIP' AT FEDERAL BUREAU OF INVESTIGATION, US Fed News, March 9, 2007 Friday 9:26 PM EST, , 496 words, US Fed News, WASHINGTON

103. SEN. SPECTER COMMENTS FROM PRESS CONFERENCE OF INSPECTOR GENERAL'S REPORT, US Fed News, March 9, 2007 Friday 9:07 PM EST, , 224 words, US Fed News, WASHINGTON

104. Reaction of Senator Patrick Leahy, Chairman, Senate Judiciary Committee, on the Inspector General's Report on the Use of National Security Letters, U.S. Newswire, March 9, 2007 Friday 1:33 PM EST, , POLITICAL EDITORS, 153 words, WASHINGTON, March 9

105. Fact Sheet: Department of Justice Actions on FBI Use of National Security Letters, U.S. Newswire, March 9, 2007 Friday 1:26 PM EST, , LEGAL AFFAIRS EDITORS, 98 words, WASHINGTON, March 9

106. Prepared Remarks of Attorney General Alberto R. Gonzales at the International Association of Privacy Professionals Privacy Summit, U.S. Newswire, March 9, 2007 Friday 12:56 PM EST, , LEGAL AFFAIRS EDITORS, 2515 words, WASHINGTON, March 9

107. CIVIL LIBERTIES ADVOCATES' WORST FEARS REALIZED WITH PATRIOT ACT SCANDAL, US Fed News, March 9, 2007 Friday 5:41 AM EST, , 490 words, US Fed News, WASHINGTON

108. FACT SHEET: JUSTICE DEPARTMENT ACTIONS ON FBI USE OF NATIONAL SECURITY LETTERS, US Fed News, March 9, 2007 Friday 4:33 AM EST, , 451 words, US Fed News, WASHINGTON

109. REP. NADLER TO HOLD HEARINGS ON FBI'S MISUSE OF POWER TO SECRETLY GATHER PRIVATE INFORMATION, US Fed News, March 9, 2007 Friday 2:17 AM EST, , 387 words, US Fed News, WASHINGTON

110. REPS. FLAKE, SCHIFF TROUBLED BY PATRIOT ACT ABUSE, US Fed News, March 9, 2007 Friday 1:48 AM EST, , 401 words, US Fed News, WASHINGTON

111. SEN. DURBIN ISSUES STATEMENT REGARDING DEPARTMENT OF JUSTICE'S INSPECTOR GENERAL REPORT ON PATRIOT ACT, US Fed News, March 9, 2007 Friday 1:46 AM EST, , 847 words, US Fed News, WASHINGTON

112. SEN. BIDEN ISSUES STATEMENT ON FBI'S MISUSE OF PATRIOT ACT, US Fed News, March 9, 2007 Friday 1:15 AM EST, , 171 words, US Fed News, WASHINGTON

113. SEN. GRASSLEY COMMENTS ON INSPECTOR GENERAL'S REPORT ON NATIONAL SECURITY LETTERS, US Fed News, March 9, 2007 Friday 1:01 AM EST, , 394 words, US Fed News, WASHINGTON

114. HOUSE JUDICIARY COMMITTEE TO HOLD HEARINGS ON FBI'S SECRET RECORDS REPORTS, US Fed News, March 9, 2007 Friday 12:44 AM EST, , 487 words, US Fed News, WASHINGTON

115. Probe Finds FBI Abused Ability to Obtain Private Records, Voice of America News, March 9, 2007, VOA ENGLISH SERVICE, 156 words

116. Frequent Errors In FBI's Secret Records Requests; Audit Finds Possible Rule Violations, The Washington Post, March 9, 2007 Friday, Final Edition, A Section; A01, 1346 words, John Solomon and Barton Gellman, Washington Post Staff Writers

117. Where's Karl Rove?, Washingtonpost.com, March 9, 2007 Friday 3:08 PM EST, , OPINION, 4514 words, Dan Froomkin, Special to washingtonpost.com, washingtonpost.com

118. FBI admits improper, illegal use of law to get personal information,  Xinhua General News Service, March 9, 2007 Friday 6:00 PM EST, , WORLD NEWS; Political, 382 words, WASHINGTON

119. Friday, March 9,  CNN.com, March 9, 2007 Friday 10:23 PM EST, , WORLD, 3559 words

120. SEN. RICHARD J. DURBIN HOLDS A NEWS CONFERENCE ON THE JUSTICE DEPARTMENT INSPECTOR GENERAL'S INVESTIGATION OF THE USE OF NATIONAL SECURITY LETTERS, CQ Transcriptions  "All materials herein are protected by United States copyright law and may not be reproduced, distributed, transmitted, displayed, published or broadcast without the prior written permission of CQ Transcriptions. You may not alter or remove any trademark, copyright or other notice from copies of the content.", March 9, 2007 Friday, NEWS CONFERENCE, 1227 words, SEN. RICHARD J. DURBIN, SENATE MAJORITY WHIP, WASHINGTON, D.C.

121. FBI DIRECTOR ROBERT MUELLER HOLDS A NEWS CONFERENCE, CQ Transcriptions  "All materials herein are protected by United States copyright law and may not be reproduced, distributed, transmitted, displayed, published or broadcast without the prior written permission of CQ Transcriptions. You may not alter or remove any trademark, copyright or other notice from copies of the content.", March 9, 2007 Friday, NEWS CONFERENCE, 4382 words, FBI DIRECTOR ROBERT MUELLER, WASHINGTON, D.C.

122. SEN. PATRICK J. LEAHY AND SEN. ARLEN SPECTER HOLD A NEWS CONFERENCE ON THE JUSTICE DEPARTMENT INSPECTOR GENERAL'S INVESTIGATION OF THE USE OF NATIONAL SECURITY LETTERS, CQ Transcriptions  "All materials herein are protected by United States copyright law and may not be reproduced, distributed, transmitted, displayed, published or broadcast without the prior written permission of CQ Transcriptions. You may not alter or remove any trademark, copyright or other notice from copies of the content.", March 9, 2007 Friday, NEWS CONFERENCE, 1948 words, SEN. PATRICK J. LEAHY AND SEN. ARLEN SPECTER, WASHINGTON, D.C.

123. SEN. CHARLES E. SCHUMER AND REP. RAHM EMANUEL HOLD A NEWS CONFERENCE ON IRAQ, CQ Transcriptions  "All materials herein are protected by United States copyright law and may not be reproduced, distributed, transmitted, displayed, published or broadcast without the prior written permission of CQ Transcriptions. You may not alter or remove any trademark, copyright or other notice from copies of the content.", March 9, 2007 Friday, NEWS CONFERENCE, 3259 words, SEN. CHARLES E. SCHUMER AND REP. RAHM EMANUEL, WASHINGTON, D.C.

124. ATTORNEY GENERAL ALBERTO R. GONZALES DELIVERS REMARKS TO THE INTERNATIONAL ASSOCIATION OF PRIVACY PROFESSIONALS, CQ Transcriptions  "All materials herein are protected by United States copyright law and may not be reproduced, distributed, transmitted, displayed, published or broadcast without the prior written permission of CQ Transcriptions. You may not alter or remove any trademark, copyright or other notice from copies of the content.", March 9, 2007 Friday, NEWS EVENT, 2585 words, ATTORNEY GENERAL ALBERTO R. GONZALES, WASHINGTON, D.C.

125. Audit: FBI's Patriot Act snooping broke rules,  CNN.com, March 9, 2007 Friday 6:49 PM EST, , LAW, 894 words, WASHINGTON

03/11/2007 04:15 PM

FBI "national security letters" – Google News


News

Web  Images  Video  **News**  Maps  **more »**

FBI "national security letters"     Search     Advanced news search
Preferences

## News results

**Browse Top
Stories**

Last hour
Last day
Past week
**Past month**
Archives Newᵉ

✉ News Alerts

RSS | Atom
About Feeds

Results **1 - 50** of about **1,235** for **FBI national-security-letters**. (0.24 seconds)

Sort by relevance  **Sorted by date**

### Gonzales Under Fire
New York Sun, NY - 11 minutes ago
... Justice Department found itself on the defensive over the US attorneys
and the **FBI's** misuse of a type of subpoena known as **national security
letters**. ...

### An Interview Gone Wild
News Hounds, CA - 31 minutes ago
... the "audit also concluded that the **FBI** had for three years underreported
to Congress how often it used **national security letters** to get customer
data. ...

### No. 3 Senate leader calls on Gonzales to resign
El Paso Times, TX - 1 hour ago
... Justice Department found itself on the defensive over the US attorneys
and the **FBI's** misuse of a type of subpoena known as **national security
letters**. ...

### Schumer Calls For Gonzales's Resignation
CBS News, NY - 1 hour ago
... found itself on the defensive over the dismissal of US attorneys and the
**FBI's** misuse of a type of subpoena known as **national security letters**. ...

### Attorney general should resign, senator says
Houston Chronicle, TX - 1 hour ago
... found itself on the defensive over the dismissal of US attorneys and the
**FBI's** misuse of a type of subpoena known as **national security letters**. ...

### Sen. Schumer says Gonzales should go
SI.com - 1 hour ago
... found itself on the defensive over the dismissal of US attorneys and the
**FBI's** misuse of a type of subpoena known as **national security letters**. ...

### Schumer says Gonzales should go
CNN - 2 hours ago
... found itself on the defensive over the dismissal of US attorneys and the
**FBI's** misuse of a type of subpoena known as **national security letters**. ...

### No. 3 Senate leader calls on Gonzales to step down
San Diego Union Tribune, CA - 2 hours ago
... Justice Department found itself on the defensive over the US attorneys
and the **FBI's** misuse of a type of subpoena known as **national security
letters**. ...

### Schumer Calls for Attorney General Gonzales to Resign
(Update1)
Bloomberg - 2 hours ago
Separately, the inspector general's audit released March 9 said the **FBI**
improperly used so-called **national security letters** to collect telephone,
banking, ...

### No. 3 Senate leader calls on Gonzales to step



[down](#)
WHDH-TV, MA - 2 hours ago
... found itself on the defensive over the dismissal of US
attorneys and the **FBI's** misuse of a type of subpoena
known as **national security letters**. ...

No. 3 Senate leader calls on Attorney General Gonzales to
step down
International Herald Tribune, France - 3 hours ago
... found itself on the defensive over the dismissal of US attorneys and the
**FBI's** misuse of a type of subpoena known as **national security letters**. ...

Bush admits 'shortfallings' in **FBI** use of Patriot Act
International Herald Tribune, France - 6 hours ago
The audit also concluded that the **FBI** had for three years underreported to
Congress how often it used **national security letters** to get customer data.
...

Bush promises 'swift action' on Patriot Act abuses
Capitol Hill Blue, VA - 7 hours ago
The American Civil Liberties Union called on Congress to repeal the
provision of the Patriot Act that allows the **FBI** to use **national security
letters**. ...

The failed attorney general
International Herald Tribune, France - 7 hours ago
Then his inspector general reported that the **FBI** has been using powers it
obtained under the Patriot Act to get financial, business and telephone
records of ...

Surveillance: The buck stops where?
Palladium-Item, IN - 9 hours ago
The **FBI's** top brass is admitting to illegally poking around into the personal
lives of Americans under the auspices of the Patriot Act. ...

Bush Pledges to End **FBI** Privacy Lapses
Durham Herald Sun, NC - 9 hours ago
A new audit by the Justice Department's internal watchdog found that the
**FBI** improperly used a tool called **national security letters**. ...

Attorney general, **FBI** head vow to prevent illegal intrusions
Mohave Valley News, NV - 10 hours ago
The audit also concluded that the **FBI** for three years underreported to
Congress how often it used **national security letters** to ask businesses to
turn over ...



**FBI** Abused Patriot Act rules....Now act
surprised
Unconfirmed Sources (satire) - 11 hours ago
The Justice Department's inspector general looked at the
**FBI's** use of **national security letters**, in which agents
demand personal and business information ...

Swinging back
Baltimore Sun, MD - 11 hours ago
A Justice Department audit of the **FBI's** use of **national security letters** to
obtain telephone, e-mail and financial records from US residents and
visitors ...

Sununu: Report indicates failure of supervision
Laconia Citizen, NH - 11 hours ago
At issue are the **national security letters**, a power outlined in the Patriot

Act that the Bush administration pushed through Congress after the Sept.
...

### FBI illegally used Patriot Act on public
Laconia Citizen, NH - 11 hours ago
The audit released Friday found that the number of **national security letters** issued by the **FBI** skyrocketed in the years after the Patriot Act became law. ...

### Bush: Problems at FBI to be fixed
Detroit Free Press, MI - 12 hours ago
A new audit by the Justice Department's internal watchdog found that the **FBI** improperly used a tool called **national security letters**, ...

### Bush says problems at FBI will be fixed
Arizona Daily Star, AZ - 13 hours ago
A new audit by the Justice Department's internal watchdog found that the **FBI** improperly used a tool called **national security letters**. ...

### Scripps Howard News Service
HNN Huntingtonnews.net, WV - 13 hours ago
... subpoena that the local **FBI** office could issue on its own say-so that basically allowed open-ended searches. Previously, **national security letters** were ...



### Bush pledges to end FBI privacy lapses
PakTribune.com, Pakistan - 14 hours ago
A new audit by the Justice Department's internal watchdog found that the **FBI** improperly used a tool called **national security letters**. ...



### He May Not Be Houdini, But...
Atlantic Free Press, Netherlands - 14 hours ago
... to take responsibility for the fact that the **FBI** "broke the law," and "under-reported" to Congress the number of **National Security Letters** it used by, ...

### Abuse of Authority
Washington Post, DC - 15 hours ago
The report depicts an **FBI** cavalierly using its expanded power to issue **"national security letters"** without adequate oversight or justification. ...



### Bush says FBI has addressed prying into personal information
China Post, Taiwan - 17 hours ago
... report from the Justice Department's internal watchdog that disclosed the **FBI's** transgressions involving a subpoena known as **national security letters**. ...

### The Failed Attorney General
New York Times, NY - 18 hours ago
The **FBI** has been using powers it obtained under the Patriot Act to get financial, business and telephone records of Americans by issuing tens of thousands ...

### Bush Addresses Misuse of FBI Subpoenas
New York Times, NY - 19 hours ago
ESTANCIA ANCHORENA, Uruguay, March 10 — President Bush acknowledged on Saturday "**FBI** shortfallings" in the disclosure that the bureau improperly used the ...

FBI "national security letters" – Google News



**Bush Pledges to End FBI Privacy Lapses**
Twin Falls Times-News, ID - 20 hours ago
A new audit by the Justice Department's internal
watchdog found that the FBI improperly used a tool
called national security letters. ...

**Bush Pledges to End FBI Privacy Lapses**
Wyoming News, WY - 20 hours ago
A new audit by the Justice Department's internal watchdog found that the
FBI improperly used a tool called national security letters. ...

**DOJ leaders admit FBI broke laws in soliciting personal
information**
JURIST - 21 hours ago
Mueller also admitted that the FBI violated privacy protections in its use of
national security letters (NSLs) [FAS backgrounder; example, ...

**(AP) Bush Pledges to End FBI Privacy Lapses**
WKRN, TN - 21 hours ago
A new audit by the Justice Department's internal watchdog found that the
FBI improperly used a tool called national security letters. ...

**Bush Pledges to End FBI Privacy Lapses**
Hendersonville Times News, NC - 21 hours ago
A new audit by the Justice Department's internal watchdog found that the
FBI improperly used a tool called national security letters. ...

**Bush Pledges to End FBI Privacy Lapses**
Central Florida News 13|, FL - 21 hours ago
A new audit by the Justice Department's internal watchdog found that the
FBI improperly used a tool called national security letters. ...

**Bush Pledges to End FBI Privacy Lapses**
phillyBurbs.com, PA - 21 hours ago
A new audit by the Justice Department's internal watchdog found that the
FBI improperly used a tool called national security letters. ...

**Bush Pledges to End FBI Privacy Lapses**
Newsday, NY - 22 hours ago
A new audit by the Justice Department's internal watchdog found that the
FBI improperly used a tool called national security letters. ...

**Bush pledges to end FBI privacy lapses**
Times Picayune, LA - 22 hours ago
A new audit by the Justice Department's internal watchdog found that the
FBI improperly used a tool called national security letters. ...

**Bush pledges to end FBI privacy lapses**
Belleville News-Democrat, IL - 22 hours ago
A new audit by the Justice Department's internal watchdog found that the
FBI improperly used a tool called national security letters. ...

**Bush pledges to end FBI privacy lapses**
Brocktown News, NV - 22 hours ago
A new audit by the Justice Department's internal watchdog found that the
FBI improperly used a tool called national security letters. ...

**Bush pledges to end FBI privacy lapses**
White Rock Reviewer, SD - 22 hours ago
A new audit by the Justice Department's internal watchdog found that the
FBI improperly used a tool called national security letters. ...

Bush Pledges to End **FBI** Privacy Lapses
San Francisco Chronicle, CA - **22 hours ago**
A new audit by the Justice Department's internal watchdog found that the
**FBI** improperly used a tool called **national security letters**. ...

Bush pledges to end **FBI** privacy lapses
Chandler News-Dispatch, MN - **22 hours ago**
A new audit by the Justice Department's internal watchdog found that the
**FBI** improperly used a tool called **national security letters**. ...

Bush pledges to end **FBI** privacy lapses
Meadow Free Press, ID - **22 hours ago**
A new audit by the Justice Department's internal watchdog found that the
**FBI** improperly used a tool called **national security letters**. ...

Bush pledges to end **FBI** privacy lapses
Jordan Falls News, IA - **22 hours ago**
A new audit by the Justice Department's internal watchdog found that the
**FBI** improperly used a tool called **national security letters**. ...

Bush pledges to end **FBI** privacy lapses
Sky Valley Journal, WY - **22 hours ago**
A new audit by the Justice Department's internal watchdog found that the
**FBI** improperly used a tool called **national security letters**. ...

Bush pledges to end **FBI** privacy lapses
The Benton Crier, IA - **22 hours ago**
A new audit by the Justice Department's internal watchdog found that the
**FBI** improperly used a tool called **national security letters**. ...

Bush Pledges To End **FBI** Privacy Lapses
Guardian Unlimited, UK - **22 hours ago**
A new audit by the Justice Department's internal watchdog found that the
**FBI** improperly used a tool called **national security letters**. ...

Bush pledges to end **FBI** privacy lapses
Akron Farm Report, NE - **22 hours ago**
A new audit by the Justice Department's internal watchdog found that the
**FBI** improperly used a tool called **national security letters**. ...

New! More ways to find the latest on **FBI national-security-letters**:

- Search blogs
- Create an email alert

Goooooooooogle ▶

Result Page:     1  2  3  4  5  6  7  8  9  10     **Next**

| FBI "national security letters" |   | Search |

Federal Bureau of Investigation – Home Page

03/11/2007 04:25 PM

# FEDERAL BUREAU OF INVESTIGATION

Home | Site Map | FAQs

SEARCH

## Contact Us
- Your Local FBI Office
- Overseas Offices
- Submit a Crime Tip
- Report Internet Crime
- More Contacts

## Learn About Us
- Quick Facts
- What We Investigate
- Natl. Security Branch
- Information Technology
- Fingerprints & Training
- Laboratory Services
- Reports & Publications
- History
- More About Us

## Get Our News
- Press Room
- E-mail Updates
- News Feeds

## Be Crime Smart
- Wanted by the FBI
- More Protections

## Use Our Resources
- For Law Enforcement
- For Communities
- For Researchers
- More Services

## Visit Our Kids' Page

## Apply for a Job



**Top Story**

## Mortgage Fraud
### *New Partnership to Combat Problem*
Equity skimming. Property flipping. Straw buyers. Inflated appraisals. These are some of the schemes criminals are using to take advantage of a $2.37 trillion mortgage market in the U.S. To fight the scourge, we've partnered with leading representatives of the mortgage finance industry. Full Story

**Extra**

Read our response to the DOJ Inspector General's report on the use of National Security Letters and our answers to questions about their use and investigative value.

### FBI in the News
- CA Brothel Money Laundering
- Photographer Child Porn Plea
- SF Gang Members Sentenced
- Heroin Ring Prison Sentence
- More News

### More Stories
- 2006 Financial Crimes Report
- FBI Response to WMD Threats
- FBI Records on Zodiac Killer
- Top Story Index
- FBI Radio: Gotcha | FBI This Week

### Issues & Concerns
- National Name Check Program
- The FBI and Library Records
- FBI Transformation Since 9/11
- Help Prevent Terrorist Attacks
- Checks & Balances on the FBI

### What We Investigate

Follow the links below for details on each of our investigative priorities.

- Counterterrorism
- Counterintelligence
- Cyber
- Public Corruption
- Civil Rights
- Organized Crime
- White Collar Crime
- Major Thefts/Violent Crime

### Be Crime Smart
Get advice and tips for protecting your family, your community, and your workplace.

- New E-Scams and Warnings
- Reporting Internet Fraud
- Sex Offender Registry
- Submitting Case Tips
- Common Fraud Schemes
- Internet Safety For Kids
- More Tips and Suggestions

### Wanted By the FBI

Help us find wanted fugitives and missing persons. Rewards are being offered in some cases.

- Most Wanted Terrorists
- Seeking Terrorism Info
- Top Ten Fugitives
- Featured Fugitives
- Parental Kidnappings
- Crime Alerts
- Kidnappings, Missing Persons
- Televised Sexual Predators

Accessibility | eRulemaking | Freedom of Information Act | Legal Notices | Links | Privacy Policy | USA.gov | White House
FBI.gov is an official site of the U.S. Federal Government, U.S. Department of Justice.

# Exhibit 3

*Electronic Frontier Foundation v. Department of Justice*

Plaintiff's Motion for a Preliminary Injunction



**U.S. Department of Justice**

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

March 29, 2007

MS. MARCIA HOFMANN
ELECTRONIC FRONTIER FOUNDATION
SUITE 650
1875 CONNECTICUT AVENUE, N.W.
WASHINGTON, DC 20009

Request No.: 1073946- 000
Subject: NATIONAL SECURITY LETTERS

Dear Requester:

☒     This acknowledges receipt of your Freedom of Information-Privacy Acts (FOIPA) request to the FBI. The FOIPA number listed above has been assigned to your request.

☐     For an accurate search of our records, please provide the complete name, alias, date and place of birth for the subject of your request. Any other specific data you could provide such as prior addresses, or employment information would also be helpful. If your subject is deceased, please include date and proof of death.

☐     To make sure information about you is not released to someone else, we require your notarized signature or, in place of a notarized signature, a declaration pursuant to Title 28, United States Code 1746. For your convenience, the reverse side of this letter contains a form which may be used for this purpose.

☐     If you want the FBI's Criminal Justice Information System (CJIS) to perform a search for your arrest record, please follow the enclosed instructions in Attorney General Order 556-73. You must submit fingerprint impressions so a comparison can be made with the records kept by CJIS. This is to make sure your information is not released to an unauthorized person.

☒     We are searching the indices to our central records system at FBI Headquarters for the information you requested, and will inform you of the results as soon as possible.

☐     Processing delays have been caused by the large number of requests received by the FOIPA. We will process your request(s) as soon as possible.

Your request has been assigned the number indicated above. Please use this number in all correspondence with us. Your patience is appreciated.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
   Dissemination Section
Records Management Division

# Exhibit 4

*Electronic Frontier Foundation v. Department of Justice*

Plaintiff's Motion for a Preliminary Injunction



**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, D. C. 20535-0001

March 30, 2007

Ms. Marcia Hofmann
Staff Attorney
Electronic Frontier Foundation
Suite 650
1875 Connecticut Avenue, N.W.
Washington, DC 20009

RE: FOIPA Request No. 1073946-000

Dear Ms. Hofmann:

    This letter is in response to your request to the U.S. Department of Justice ("DOJ"), Office of Public Affairs ("OPA"), for expedition of your Freedom of Information Act ("FOIA") request dated March 12, 2007 to FBI Headquarters ("FBIHQ"). Your March 12, 2007 FOIA request seeks access to "records discussing or reporting violations or potential violations of statutes, Attorney General guidelines, and internal FBI policies governing the use of National Security Letters." In your March 12, 2007 FOIA request you sought expedited processing pursuant to 28 C.F.R. § 16.5 (d)(1)(iv) ("[a] matter of widespread and exceptional media interest in which there exists possible questions about the government's integrity which affects public confidence."). We have been advised that the Director of OPA has concluded that the subject matter of your request is in fact a "matter of widespread and exceptional media interest in which there exists possible questions about the government's integrity which affects public confidence," and has therefore concluded that your request for expedited processing should be granted.

    By separate letter dated March 29, 2007, the FBI acknowledged your March 12, 2007 FOIA request and advised you that your FOIA request has been assigned FOIPA Request No. 1073946, and we have begun to conduct a search for potentially responsive records. Once the FBI completes its search for all records potentially responsive to your FOIA request, you will be advised as to the outcome of this search effort.

    With respect to the portion of your letter seeking a waiver of the customary fees, we will make a decision once our records search is completed. In the event that your request for a fee waiver is denied, you will be notified of any applicable fees prior to the processing of any responsive records.

                                        Sincerely yours,

                                        David M. Hardy/clad

                                        David M. Hardy
                                        Section Chief
                                        Record/Information
                                         Dissemination Section
                                        Records Management Division

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ELECTRONIC FRONTIER FOUNDATION,**  ) | |
| ) | |
| Plaintiff,  ) | |
| ) | |
| v.  ) | Civil Action No. _____ |
| ) | |
| **DEPARTMENT OF JUSTICE,**  ) | |
| ) | |
| Defendant.  ) | |
| _____ ) | |

**O R D E R**

      **UPON CONSIDERATION** of Plaintiff's motion for a preliminary injunction,

Defendant's response, and the entire record, it is this ___ day of April, 2007;

      **ORDERED** that Plaintiff's motion is granted; and it is

      **FURTHER ORDERED** that Defendant Department of Justice shall complete the

processing of Plaintiff's March 12, 2007 Freedom of Information Act request, and

produce or identify all responsive records, within 20 days of the date of this order; and it

is

      **FURTHER ORDERED** that Defendant Department of Justice shall provide

Plaintiff with a document index and declaration, as specified in *Vaughn v. Rosen*, 484

F.2d 820 (D.C. Cir. 1973), stating Defendant's justification for the withholding of any

documents responsive to Plaintiff's request, within 30 days of the date of this order.

_____
Date

_____
United States District Judge