IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ELECTRONIC FRONTIER FOUNDATION,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) C. A. No. _____ ) |
| **DEPARTMENT OF JUSTICE,** | ) ) |
| Defendant. | ) ) ) |

**<u>CERTIFICATE RULE LCvR7.1</u>**

I, the undersigned counsel of record for the Electronic Frontier Foundation, certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries, or affiliates of the Electronic Frontier Foundation which have any outstanding securities in the hands of the public.

These representations are made in order that the judges of this court may determine the need for recusal.

/s/ *Marcia Hofmann*
MARCIA HOFMANN
ELECTRONIC FRONTIER FOUNDATION
1875 Connecticut Avenue, N.W.
Suite 650
Washington, DC 20009
(202) 797-9009

Attorney of Record for the
Electronic Frontier Foundation