IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ELECTRONIC FRONTIER FOUNDATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No: 1:07-cv-00656 (JDB) |
| UNITED STATES DEPARTMENT OF JUSTICE, | ) ) ) ) | |
| Defendant. | ) ) ) ) | |

**DEFENDANT'S MOTION
FOR EXTENSION OF TIME , *NUNC PRO TUNC*, TO RESPOND TO MOTION FOR
PRELIMINARY INJUNCTION**

Defendant, by and through undersigned counsel, respectfully moves for an extension of time, *nunc pro tunc*, through and including April 24, 2007, within which to file an opposition to the Motion for Preliminary Injunction filed by plaintiff on April 10, 2007. Pursuant to Local Rule 7(m), undersigned counsel has consulted with plaintiff's counsel by telephone, on April 19, 2007, and been informed that plaintiff opposes the instant motion.

1. The Summons, Complaint, and Motion for Preliminary Injunction in this matter were served by hand delivery upon the United States Attorney for the District of Columbia on April 10, 2007.

2. The United States Department of Justice subsequently determined that the case would be handled by the Federal Programs Branch of the Civil Division.

3. This matter was assigned to the undersigned trial attorney on April 13, 2007.

However, the undersigned was out of the office on that day, and first learned of her assignment to the above-captioned matter on Monday, April 16, 2007.

4. Undersigned counsel mistakenly calculated the due date for the government's opposition to be April 24, 2007 rather than April 17, 2007. This error was due to counsel's erroneous application of Local Rule 7(b) rather than Local Rule 65.1(c).

5. This error was brought to undersigned counsel's attention by plaintiff's counsel on April 19, 2007. Although the government has been working diligently since April 16, 2007 to prepare a response to plaintiff's motion, unfortunately it is not possible for the government to file that response until April 24, 2007, the date that government counsel had mistakenly believed the response was due. In particular, the Federal Bureau of Investigation is preparing a declaration which will not be ready until April 24, 2007.

6. Undersigned counsel regrets this error, and apologizes for any inconvenience that it causes to the Court or opposing counsel. However, the government respectfully submits that plaintiff in this matter, which concerns certain requests by plaintiff pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, will not be prejudiced by the proposed one week extension of time and respectfully requests that the Court grant this extension *nunc pro tunc*, pursuant to Fed. R. Civ. P. 6(b)(2).

Dated: April 19, 2007                              Respectfully submitted,

                                                   PETER D. KEISLER
                                                   Assistant Attorney General

                                                   JEFFREY A. TAYLOR
                                                   United States Attorney

                                                   ELIZABETH J. SHAPIRO
                                                   Assistant Branch Director


                                                   /s Elisabeth Layton
                                                   ELISABETH LAYTON (D.C. Bar No.462227)
                                                   Trial Attorney
                                                   U.S. Department of Justice, Civil Division
                                                   P.O. Box 883, 20 Massachusetts Ave., NW
                                                   Washington, D.C.  20044
                                                   Telephone: (202) 514-3183
                                                   Fax: (202) 616-8470
                                                   elisabeth.layton@usdoj.gov

                                                   Counsel for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF JUSTICE, )<br>)<br>Defendant. )<br>)<br>)<br>) | Civil Action No: 1:07-cv-00656 (JDB) |

**[PROPOSED] ORDER**

Having considered Defendant's Motion For Extension Of Time To Respond To Motion For Preliminary Injunction, for the reasons stated therein and for good cause shown, it is hereby

ORDERED that defendant's motion is hereby GRANTED *nunc pro tunc*; and it is further

ORDERED that defendant's response to plaintiff's motion for preliminary injunction shall be filed no later than April 24, 2007.

Dated**:** April _____, 2007      _____
                                            JOHN D. BATES
                                            United States District Judge