# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ELECTRONIC FRONTIER FOUNDATION,** )<br>  ) <br>   Plaintiff, ) <br>  )<br>  v.   ) C.A. No. 07-0656 (JDB)<br>  )<br> **DEPARTMENT OF JUSTICE,** )<br>  )<br>   Defendant. )<br>_____)  | |

## NOTICE OF ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned is entering his appearance as co-counsel for Plaintiff Electronic Frontier Foundation ("EFF") in this action.

Respectfully submitted,

_/s/_____
DAVID L. SOBEL
D.C. Bar No. 360418

ELECTRONIC FRONTIER FOUNDATION
1875 Connecticut Avenue NW
Suite 650
Washington, DC 20009
(202) 797-9009

Counsel for Plaintiff