IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ELECTRONIC FRONTIER FOUNDATION,** ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **DEPARTMENT OF JUSTICE,** ) <br> ) <br> Defendant. ) <br> ) | C.A. No. 07-656 (JDB) |

**NOTICE OF FILING OF JOINT SCHEDULING PROPOSAL
PURSUANT TO JUNE 15, 2007 ORDER**

Pursuant to the Court's June 15, 2007 order, Plaintiff Electronic Frontier Foundation ("EFF") and Defendant Department of Justice ("DOJ") respectfully submit this joint proposal concerning the production of a *Vaughn* index or declaration and dispositive briefing of remaining issues related to EFF's March 12, 2007 Freedom of Information Act ("FOIA") request for Federal Bureau of Investigation ("FBI") records relating to the use of National Security Letters ("NSLs") by the FBI. At the Court's direction, counsel for the parties in this action conferred via telephone on August 20, 2007 regarding the completion of processing, provision of a *Vaughn* index or declaration, and a summary judgment briefing schedule.

In light of the amount of processing that remains to be completed, as detailed in Defendant DOJ's August 14, 2007 status report, the parties have agreed that it is not feasible at this time to establish a schedule for production of a *Vaughn* index or declaration, nor a briefing schedule for dispositive motions. Instead, the parties propose the following:

- Defendant DOJ shall submit reports every 120 days detailing the status of the ongoing processing of Plaintiff's request. Such reports will include a description of the status of each phase of processing records, such as the

description provided in the August 14, 2007 status report filed by DOJ, as well as a description of any agreement between the parties about narrowing the scope of the request and any predicted shortening of the estimated time required to process the request as a result of any such agreement.

- By June 16, 2008, Defendant DOJ shall complete its initial review for potential responsiveness of the 69,000 pages described in Defendant's August 14, 2007 status report.

- By June 25, 2008, the parties shall meet and confer regarding production of a *Vaughn* index or declaration and a briefing schedule for dispositive motions.

- The parties shall file a joint report with the Court no later than June 30, 2008, to propose dates for production of a *Vaughn* index or declaration and a briefing schedule for dispositive motions. If the parties cannot agree upon mutually acceptable dates for these deadlines, the parties shall submit competing proposals no later than June 30, 2008.

- If necessary, the Court shall hold a status conference on or about July 10, 2008 to resolve any remaining issues concerning a schedule for production of a *Vaughn* index or declaration and a briefing schedule for dispositive motions.

Respectfully submitted,

/s/ *Marcia Hofmann*

PETER D. KEISLER  
Assistant Attorney General

JEFFREY A. TAYLOR  
United States Attorney

MARCIA HOFMANN  
D.C. Bar No. 484136

DAVID L. SOBEL  
D.C. Bar No. 360418

2

ELIZABETH J. SHAPIRO                    ELECTRONIC FRONTIER FOUNDATION
Assistant Branch Director               1875 Connecticut Avenue NW
                                        Suite 650
                                        Washington, DC 20009
                                        (202) 797-9009

    /s/ *Elisabeth Layton*
JOHN R. TYLER                           Counsel for Plaintiff
Senior Trial Counsel
ELISABETH LAYTON (D.C. Bar No. 462227)
Trial Attorney
U.S. Department of Justice, Civil Division
P.O. Box 883, 20 Massachusetts Ave. NW
Washington, D.C.  20044
Telephone: (202) 514-3183
Fax: (202) 616-8470
elisabeth.layton@usdoj.ogv

Counsel for Defendant

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ELECTRONIC FRONTIER FOUNDATION,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 07-656 (JDB) |
| ) | |
| **DEPARTMENT OF JUSTICE,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

## O R D E R

**UPON CONSIDERATION** of the parties' Notice of Filing of Joint Scheduling Proposal and the entire record, it is this ___ day of August 2007:

**ORDERED** that Defendant shall submit reports every 120 days detailing the status of the ongoing processing of Plaintiff's request. Such reports will include a description of the status of each phase of processing records, such as the description provided in the August 14, 2007 status report filed by Defendant, as well as a description of any agreement between the parties about narrowing the scope of the request and any predicted shortening of the estimated time required to process the request as a result of any such agreement; and it is

**FURTHER ORDERED** that Defendant shall, by June 16, 2008, complete its initial review for potential responsiveness of the 69,000 pages described in Defendant's August 14, 2007 status report; and it is

**FURTHER ORDERED** that the parties shall meet and confer by June 28, 2008 regarding production of a *Vaughn* index or declaration and a briefing schedule for dispositive motions; and it is

**FURTHER ORDERED** that the parties shall file a joint report with the Court no later than June 30, 2008, to propose dates for production of a *Vaughn* index or declaration and a briefing schedule for dispositive motions.  If the parties cannot agree upon mutually acceptable dates for these deadlines, the parties shall submit competing proposals no later than June 30, 2008; and it is

**FURTHER ORDERED** that, if necessary, the Court shall hold a status conference on or about July 10, 2008 to resolve any remaining issues concerning a schedule for production of a *Vaughn* index or declaration and a briefing schedule for dispositive motions.

_____                                              _____
Date                                                                         United States District Judge