IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ELECTRONIC FRONTIER FOUNDATION, )
)
          Plaintiff, )
)
v. ) C.A. No. 07-656 (JDB)
)
DEPARTMENT OF JUSTICE, )
)
          Defendant. )
_____ )

FILED
AUG 2 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

**UPON CONSIDERATION** of the parties' Notice of Filing of Joint Scheduling Proposal and the entire record, it is this 23th day of August 2007:

**ORDERED** that Defendant shall submit reports every 120 days detailing the status of the ongoing processing of Plaintiff's request. Such reports will include a description of the status of each phase of processing records, such as the description provided in the August 14, 2007 status report filed by Defendant, as well as a description of any agreement between the parties about narrowing the scope of the request and any predicted shortening of the estimated time required to process the request as a result of any such agreement; and it is

**FURTHER ORDERED** that Defendant shall, by June 16, 2008, complete its initial review for potential responsiveness of the 69,000 pages described in Defendant's August 14, 2007 status report; and it is

**FURTHER ORDERED** that the parties shall meet and confer by June 28, 2008 regarding production of a *Vaughn* index or declaration and a briefing schedule for dispositive motions; and it is

**FURTHER ORDERED** that the parties shall file a joint report with the Court no later than June 30, 2008, to propose dates for production of a *Vaughn* index or declaration and a briefing schedule for dispositive motions. If the parties cannot agree upon mutually acceptable dates for these deadlines, the parties shall submit competing proposals no later than June 30, 2008; and it is

**FURTHER ORDERED** that, if necessary, the Court shall hold a status conference on or about July 10, 2008 to resolve any remaining issues concerning a schedule for production of a *Vaughn* index or declaration and a briefing schedule for dispositive motions.

August 23, 2007
Date

_____
United States District Judge