IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ELECTRONIC FRONTIER FOUNDATION,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**DEPARTMENT OF JUSTICE,** )<br>)<br>Defendant. )<br>) | C.A. No. 07-656 (JDB) |

### NOTICE OF FILING OF JOINT SCHEDULING PROPOSAL PURSUANT TO AUGUST 23, 2007 ORDER

Pursuant to the Court's August 23, 2007 order, Plaintiff Electronic Frontier Foundation ("EFF") and Defendant Department of Justice ("DOJ") respectfully submit this joint proposal concerning the schedule for production of a *Vaughn* index and dispositive briefing of remaining issues related to EFF's March 12, 2007 Freedom of Information Act ("FOIA") request for Federal Bureau of Investigation ("FBI") records concerning the FBI's use of National Security Letters ("NSLs"). At the Court's direction, counsel for the parties in this action conferred via telephone on June 26, 2008 and June 30, 2008 regarding the completion of processing, provision of a *Vaughn* index or declaration, and dispositive motion briefing schedule.

The parties have agreed upon the following deadlines:

**October 6, 2008**: The FBI will complete the processing/release of responsive records.

**December 5, 2008**: The FBI will provide plaintiff with a complete, Bates-labeled set of all the records that have been released on a rolling basis in this litigation. The FBI will provide plaintiffs with those records, which concern approximately 41,000 total pages processed, in electronic form.

**January 15, 2009**: The parties will meet and confer and by this date submit to the Court either a joint report or competing reports proposing dates for production of a *Vaughn*

index or declaration and a briefing schedule for summary judgment.

**January 29, 2009**: The parties suggest that, if necessary, the Court hold a status conference on or about January 29, 2009 to resolve any remaining issues concerning a schedule for production of a *Vaughn* index or declaration and a briefing schedule for dispositive motions.

The parties agree that it would be premature at this time to set a schedule for production of a *Vaughn* index or declaration, or a summary judgment briefing schedule, before plaintiff has had the opportunity to consider the complete set of records and responses from the FBI. After plaintiff has received the complete set of responses and records from the FBI, the parties agree that plaintiff should be provided some time to consider how, if at all, the scope of any litigation regarding the exemptions asserted by the FBI might be limited. Accordingly, the schedule set forth above would provide the parties with the time needed to endeavor to narrow the scope of summary judgment briefing as appropriate.

Respectfully submitted,

| | |
|---|---|
| MARCIA HOFMANN<br>D.C. Bar No. 484136 | GREGORY KATSAS<br>Acting Assistant Attorney General |
| DAVID L. SOBEL<br>D.C. Bar No. 360418 | JEFFREY A. TAYLOR<br>United States Attorney |
| ELECTRONIC FRONTIER<br>FOUNDATION<br>454 Shotwell Street<br>San Francisco, CA 94110<br>(415) 436-9333 | ELIZABETH J. SHAPIRO<br>Assistant Branch Director |

Counsel for Plaintiff

      __/s/_____
ELISABETH LAYTON
D.C. Bar No. 462227
Trial Attorney
U.S. Department of Justice, Civil Division
Federal Programs Branch
P.O. Box 883, 20 Massachusetts Ave. NW
Washington, D.C.  20530
Telephone: (202) 514-3183
Fax: (202) 616-8470
Elisabeth.Layton@usdoj.ogv

Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ELECTRONIC FRONTIER FOUNDATION,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | C.A. No. 07-656 (JDB) |
| ) | |
| **DEPARTMENT OF JUSTICE,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**ORDER**

UPON CONSIDERATION of the parties' Notice Of Filing Of Joint Scheduling Proposal and the entire record, and for good cause shown, it is this _____ day of July 2008 hereby

ORDERED that Defendant shall complete processing records responsive to plaintiff's Freedom of Information Act ("FOIA") request by October 6, 2008; and it is further

ORDERED that Defendant shall Bates-label the entire set of records released in response to plaintiff's FOIA request, and shall provide plaintiff with an electronic copy of the Bates-labeled records by December 5, 2008; and it is further

ORDERED that the parties shall meet and confer and submit to the Court by January 15, 2009 a joint report proposing dates for production of a *Vaughn* index or declaration and a briefing schedule for dispositive motions. If the parties cannot agree upon mutually acceptable dates for these deadlines, the parties shall submit competing proposals no later than January 15, 2009; and it is further

2

ORDERED that, if necessary the Court shall hold a status conference on or about January 29, 2009 to resolve any remaining issues concerning a schedule for production of a *Vaughn* index or declaration and a briefing schedule for dispositive motions.

_____                                          _____

Date                                                                                                   United States District Judge