IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ELECTRONIC FRONTIER FOUNDATION,   )
                                  )
        Plaintiff,                )
                                  )
    v.                            )   C.A. No. 07-656 (JDB)
                                  )
DEPARTMENT OF JUSTICE,            )
                                  )
        Defendant.                )
_____)

**FILED**

**JUL 0 1 2008**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

UPON CONSIDERATION of the parties' Notice Of Filing Of Joint Scheduling Proposal and the entire record, and for good cause shown, it is this ___1st___ day of July 2008 hereby

ORDERED that Defendant shall complete processing records responsive to plaintiff's Freedom of Information Act ("FOIA") request by October 6, 2008; and it is further

ORDERED that Defendant shall Bates-label the entire set of records released in response to plaintiff's FOIA request, and shall provide plaintiff with an electronic copy of the Bates-labeled records by December 5, 2008; and it is further

ORDERED that the parties shall meet and confer and submit to the Court by January 15, 2009 a joint report proposing dates for production of a *Vaughn* index or declaration and a briefing schedule for dispositive motions. If the parties cannot agree upon mutually acceptable dates for these deadlines, the parties shall submit competing proposals no later than January 15, 2009; and it is further

ORDERED that, if necessary, the Court shall hold a status conference on January 29, 2009, at 9:00 a.m. to resolve any remaining issues concerning a schedule for production of a *Vaughn* index or declaration and a briefing schedule for dispositive motions.

_July 1, 2008_
Date

_/s/ John D. Bates_
United States District Judge