## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ELECTRONIC FRONTIER FOUNDATION,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    Civ. No. 07-656 (JDB) |
| | ) |
| **DEPARTMENT OF JUSTICE,** | ) |
| | ) |
| Defendant. | ) |
| | ) |

## DECLARATION OF MARCIA HOFMANN

I, MARCIA HOFMANN, do hereby depose and state:

1.    I am an attorney of record for Plaintiff Electronic Frontier Foundation ("EFF") in this matter. This declaration is submitted in support of EFF's Motion for a Stay of Proceedings.

2.    Attached hereto as Exhibit A is a true and correct copy of President Obama's Memorandum for Heads of Executive Departments and Agencies, available at 74 Fed. Reg. 4683 (Jan. 21, 2009).

3.    Attached hereto as Exhibit B is a true and correct copy of the following news item: Department of Justice, Office of Information and Privacy, *New Attorney General FOIA Memorandum Issued*, FOIA POST (Oct. 15, 2001).

4.    Attached hereto as Exhibit C is a true and correct copy of the following news article: Hope Yen, *Advocates Praise Obama Move on Disclosure*, Associated Press (Jan. 22, 2009).

5.    Attached hereto as Exhibit D is a true and correct copy of the following news article: Andrew Noyes, *Obama's FOIA Directive Brings Praise, Bit Of Skepticism*, National Journal's CongressDaily (Jan. 22, 2009).

6.    Attached hereto as Exhibit E is a true and correct copy of the following blog

post: The FOIA blog, *Department of Justice Email to FOIA Professionals,* http://thefoiablog.
typepad.com/the_foia_blog/2009/01/department-of-justice-email-to-foia-professionals.html
(Jan. 30, 2009).

7.    Attached hereto as Exhibit F is a true and correct copy of the Joint Motion to
Stay Proceedings and Briefing Schedule filed in *Electronic Frontier Foundation v. Office of
the United States Trade Rep.*, No. 08-1599-RMC (D.D.C. filed Jan. 30, 2009).

8.    Attached hereto as Exhibit G is a true and correct copy of the stay order issued
by Judge Collyer in *Electronic Frontier Foundation v. Office of the United States Trade Rep.*,
No. 08-1599-RMC (D.D.C. filed Feb. 2, 2009).

9.    Attached hereto as Exhibit H is a true and correct copy of the order issued by
Judge Walton in *Electronic Frontier Foundation v. Dep't of Justice*, No. 06-1773-RBW
(D.D.C. filed Feb. 11, 2009).


Under penalty of perjury I hereby affirm that the foregoing is true and correct to the best of
my knowledge and belief.  Executed February 24, 2009 in San Francisco, California.


                                        */s/ Marcia Hofmann*
                                        Marcia Hofmann