# EXHIBIT A



LEXSEE 74 FED. REG. 4683

FEDERAL REGISTER

Vol. 74, No. 015

Presidential Documents

PRESIDENT OF THE UNITED STATES

**Memorandum of January 21, 2009**

**Title 3--**

**The President**

**Freedom of Information Act**

Part IX

74 FR 4683

**DATE:** Monday, January 26, 2009

**Memorandum for the Heads of Executive Departments and Agencies**

A democracy requires accountability, and accountability requires transparency. As Justice Louis Brandeis wrote, "sunlight is said to be the best of disinfectants." In our democracy, the Freedom of Information Act (FOIA), which encourages accountability through transparency, is the most prominent expression of a profound national commitment to ensuring an open Government. At the heart of that commitment is the idea that accountability is in the interest of the Government and the citizenry alike.

The Freedom of Information Act should be administered with a clear presumption: In the face of doubt, openness prevails. The Government should not keep information confidential merely because public officials might be embarrassed by disclosure, because errors and failures might be revealed, or because of speculative or abstract fears. Nondisclosure should never be based on an effort to protect the personal interests of Government officials at the expense of those they are supposed to serve. In responding to requests under the FOIA, executive branch agencies (agencies) should act promptly and in a spirit of cooperation, recognizing that such agencies are servants of the public.

All agencies should adopt a presumption in favor of disclosure, in order to renew their commitment to the principles embodied in FOIA, and to usher in a new era of open Government. The presumption of disclosure should be applied to all decisions involving FOIA.

The presumption of disclosure also means that agencies should take affirmative steps to make information public. They should not wait for specific requests from the public. All agencies should use modern technology to inform citizens about what is known and done by their Government. Disclosure should be timely.

I direct the Attorney General to issue new guidelines governing the FOIA to the heads of executive departments and agencies, reaffirming the commitment to accountability and transparency, and to publish such guidelines in the **Federal Register** . In doing so, the Attorney General should review FOIA reports produced by the agencies under Executive Order 13392 of December 14, 2005. I also direct the Director of the Office of Management and Budget to update guid-

74 FR 4683, *

ance to the agencies to increase and improve information dissemination to the public, including through the use of new technologies, and to publish such guidance in the **Federal Register** .

This memorandum does not create any right or benefit, substantive or procedural, enforceable at law or in equity by any party against the United States, its departments, agencies, or entities, its officers, employees, or agents, or any other person.  [*4684]

The Director of the Office of Management and Budget is hereby authorized and directed to publish this memorandum in the **Federal Register** .

/S/ Barack Obama

THE WHITE HOUSE,

    Washington, January 21, 2009

[FR Doc. E9-1773 Filed 1-23-09; 11:15 am]

Billing code 3110-01-P