# EXHIBIT B

Dearinger, Bryan (CIV)

| | |
|---|---|
| From: | DCD_ECFNotice@dcd.uscourts.gov |
| Sent: | Friday, May 29, 2009 1:03 PM |
| To: | DCD_ECFNotice@dcd.uscourts.gov |
| Subject: | Activity in Case 1:06-cv-01708-CKK ELECTRONIC FRONTIER FOUNDATION v. DEPARTMENT OF JUSTICE Order |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

District of Columbia

**Notice of Electronic Filing**

The following transaction was entered on 5/29/2009 at 1:02 PM and filed on 5/29/2009
**Case Name:** ELECTRONIC FRONTIER FOUNDATION v. DEPARTMENT OF JUSTICE
**Case Number:** 1:06-cv-1708
**Filer:**
**Document Number:** No document attached

Docket Text:
**MINUTE ORDER (paperless). The parties filed a [31] Joint Status Report on May 18, 2009. Upon consideration of the parties' positions as expressed in that Joint Status Report, the Court hereby requires the parties to file a joint notice, by no later than June 12, 2009, proposing a schedule for proceeding with dispositive motions in this matter. Plaintiff may raise its concerns, as expressed in the Joint Status Report, in its dispositive motions briefing, as it deems appropriate. Signed by Judge Colleen Kollar-Kotelly on May 29, 2009. (lcckk2 )**

**1:06-cv-1708 Notice has been electronically mailed to:**

David L. Sobel sobel@att.net

Marcia Clare Hofmann marcia@eff.org

Bryan Scott Dearinger bryan.dearinger@usdoj.gov

**1:06-cv-1708 Notice will be delivered by other means to::**

6/2/2009

David L. Sobel sobel@att.net

Marcia Clare Hofmann marcia@eff.org

Bryan Scott Dearinger bryan.dearinger@usdoj.gov

**1:06-cv-1708 Notice will be delivered by other means to::**

6/2/2009