# EXHIBIT A

Plaintiff's Partial Opposition to Defendant's Motion for Summary Judgment and
Plaintiff's Cross-Motion for Partial Summary Judgment

*Electronic Frontier Foundation v. Dep't of Justice*, C.A. No. 07-0656 (JDB)

(Rev. 08-28-2000)

~~SECRET~~

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                          **Date:** 05/28/2003

**To:** Director's Office        **Attn:** Robert J. Jordan,
                                         OPR, Rm. 7129
   General Counsel                      Kenneth L. Wainstein,
                                         National Security Law Unit
                                         Rm. 7975

**From:** Inspection
         Inspection Management Unit/Room 7837
     **Contact:** [redacted]

**Approved By:** [redacted]

**Drafted By:** [redacted]

DATE: 05-25-2007
CLASSIFIED BY 65179dmh/ksr/p     b2
REASON: 1.4 (c,d)                b6
DECLASSIFY ON: 05-25-2032        b7C

(U) **Case ID #:** (S) 278-HQ-1425173 (Pending)

(U) **Title:** (S) SSA [redacted]
                  SA [redacted]
                  [redacted] DIVISION
                  IOB MATTER
                  2003 [redacted]

b2
b6
b7C
~~b7E~~

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

(U) **RESTRICTED DOCUMENT - DISSEMINATE TO PERSON(S) WITH ROLE**

**Synopsis:** (S) Request of the Office of the General Counsel (OGC) to review the facts of a possible Intelligence Oversight Board (IOB) violation.

~~(U)~~ (S)    Derived ~~From~~ : G-3
                Declassi~~fy~~ On: X1

**Reference:** (U) 278-HQ-C1229736-VIO-90

(U) **Details:** (S) OGC is requested to review the facts of a possible IOB violation: Exceeding the authorized scope of an otherwise permitted activity.

~~(U)~~ (S) The title of the substantive investigation in which the questionable activity occurred and the investigative program:
  Title: [redacted]
  (S) File number [redacted]                                  b1

~~SECRET~~

JUN 2003
OPR/ADMIN UNIT

NSL VIO-1

~~SECRET~~
---- Working Copy ----
NSL VIO-10                                             Page        1

Precedence:  ROUTINE
                                                  Date: 02/20/2004
To:  [b2/b7E]              Attn:  ASAC FCI/Administrative
                                  CDC

     Counterintelligence  Attn:  CD-3A

     Director's Office    Attn:  Office of Professional
                                 Responsibility

From:   General Counsel                    ALL INFORMATION CONTAINED
b6      National Security Law Branch/Rm.   HEREIN IS UNCLASSIFIED EXCEPT
b7C     Contact:  [redacted]               WHERE SHOWN OTHERWISE
b2
Approved By:  Curran John E

                                           DATE: 05-31-2007
Drafted By:  [redacted]                    CLASSIFIED BY 65179dmh/ksr/prs
                                           REASON: 1.4 (c/d)
                                           DECLASSIFY ON: 05-31-2032

(U) Case ID #: ~~(S)~~  278-HQ-C1229736-VIO     (Pending)

Title:  ~~(S)~~  INTELLIGENCE OVERSIGHT BOARD
     (U)        (IOB) MATTER 2004-[b2]

Synopsis: ~~(S)~~  It is the opinion of the Office of General
Counsel (OGC) that the above referenced matter must be reported
to the IOB and to the FBI's Office of Professional Responsibility
(OPR).  OGC will prepare and deliver the required correspondence
to the IOB.  Our analysis follows.

                                            OIG/DOJ Review:
(U)  ~~(S)~~ ~~Derived from : G-3~~         FBI INVEST.: [initials]   DATE: 7/13/05
(U)         ~~Declassify on: X-1~~          OPR UC INITIALS:          DOJ INVEST.: [b6/b7C]

(U) Reference: ~~(S)~~ 278-HQ-C1229736-VIO Serial 350

Administrative: (U)  This communication contains one or more
(U) footnotes.  To read the footnotes, download and print the
document in Corel WordPerfect.

Details: ~~(S)~~  By electronic communication (EC) dated January 20,
(S) 2004 (cited below), [redacted] Division [redacted] reported a
possible IOB error in conjunction with its ongoing counter-
intelligence investigation [redacted]
                                                         b2
                                                         b7E
                                                         b1

------------------------------------------------------------
Case ID : 278-HQ-C1229736-VIO
          278[  ]C57694    b2            Serial : 379
                           b7E   ~~SECRET~~        18

S~~ECRET~~ NSL VIO-15

INTELLIGENCE OVERSIGHT BOARD (IOB) MATTER
[      ] DIVISION        b2
IOB MATTER 2004 [   ] U)    b7E

(U) ~~(S)~~

(S)

(S)                                              b1
                                                 b2
                                                 b7E

As soon as the error was realized [   ] was transferred [   ] was forwarded to FBI Headquarters for submission to the Office of Intelligence Policy and Review (OIPR), Department of Justice, and the FISC for destruction.

(U) ~~(S)~~

                                                 b2
                                                 b7E
                                                 b7D

This material was also sequestered and submitted to OIPR and the FISC for destruction.

(U) This matter has been reported to the FBI's Office of Professional Responsibility for appropriate action.

~~Derived from: G-3~~
~~Declassify on: X1~~

b7C 2/25/04

VMMS 2/17/0[ ]

APPROVED:  Crim. Inv.____  Inspection____  Training____
           CJIS_____   Laboratory___   Off. of EEO___
           Finance_____   National Sec.   Affairs_____
Director_____ Gen. Counsel____ OPR____ Off. of Public &
Deputy Director____ Info. Res.____ Personnel____ Cong. Affs.____

~~SECRET~~

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

DATE: 05-31-2007
CLASSIFIED BY 65179dmh/ksr/prs
REASON: 1.4 (c/d)
DECLASSIFY ON: 05-31-2032

(Rev. 01-31-2003)

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

DATE: 05-30-2007
CLASSIFIED BY 65179/dmh/ksr/cak
REASON: 1.4 (c)
DECLASSIFY ON: 05-30-2032

~~SECRET~~

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                                              **Date:** 05/22/2006

**To:** [        ]                                    **Attn:** SSA [        ]
                                                                SA  [        ]

b2
b7E                Counterintelligence              **Attn:** CD-2C, SSA [        ]
b6                 Inspection                       **Attn:** IIS, CRS [        ]
b7C
**From:** Office of the General Counsel
          NSLB/CILU/Room 7947
          **Contact:** AGC [        ]

**Approved By:** Thomas Julie F
                 [        ]

**Drafted By:** [        ]

(U)
b2    **Case ID #:** (S) 278-HQ-C1229736-VIO - **1382** (Pending)

(U) **Title:** (S) INTELLIGENCE OVERSIGHT BOARD
               MATTER 2006-[        ]  ←

(U) **Synopsis:** (S) It is the opinion of the Office of the General Counsel (OGC) that this matter need not be reported to the Intelligence Oversight Board (IOB). Rather, it should be maintained in the control file for periodic review by Counsel to the IOB. Our analysis follows.

(U) **Administrative:** (S) This electronic communication (EC) contains information from the following documents: (1) a copy of the National Security Letter (NSL) dated 12/07/2005; (2) a copy of the EC dated 12/07/2005 forwarding the NSL to [        ] Field Division to be served on the carrier; (3) a copy of the EC dated 12/21/2005 delivering the results of the NSL to [        ] Field Office [        ] and (4) a copy of the EC dated 02/10/2006 from [        ] to OGC reporting a potential IOB matter.

b2
b7E

**Reference:** (S) [        ]                                                          b1
                                                                                        b2
               (U) **Derived From:** G-3                                                b7E
                   ~~Declassify On:~~ 25X1
                                                                                        b6
                                                                                        b7C
~~SECRET~~
OIG/DOJ REVIEW: [        ] DATE: /-/
FBI INVESTIGATI[
OIG/DOJ INVESTIGATION:
NSL VIO-708

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 05-30-2007 BY 65179/dmh/ksr/cak

(Rev. 01-31-2003)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE  **Date:** 07/24/2006

**To:** General Counsel   **Attn:** NSLB

**From:** Inspection
   Internal Investigations Section, IPU, Room 3041
   **Contact:** CRS [redacted] b6 b7C b2

**Approved By:** Miller David Ian [initials]

**Drafted By:** [redacted]

**Case ID #:** (U) 278-HQ-C1229736-VIO   (Pending)

**Title:** (U) INTELLIGENCE OVERSIGHT BOARD MATTER
   INSD/IIS TRACKING# 2030
   OGC/IOB# 2006-[redacted]  ← b2

**Synopsis:** (U) To report a potential Intelligence Oversight Board (IOB) matter to the Office of General Counsel, National Security Law Branch (NSLB).

**Reference:** (U)  278-HQ-C1229736-VIO Serial 1261
   278-HQ-C1229736-VIO Serial 1382

**Details:** (U) The Internal Investigations Section (IIS) received an EC from [redacted] Division dated 02/10/2006, reporting a possible IOB error. Based upon a review of the referenced EC it is the IIS's opinion the incident described therein is indicative of a performance issue. Therefore, no internal investigation will be conducted by the IIS and this matter is being relegated to the NSLB for whatever action they deem appropriate.

b2
b7E

♦♦

NSL VIO-712

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

(Rev. 01-31-2003)

DATE: 05-30-2007
CLASSIFIED BY 65179/dmh/ksr/cak
REASON: 1.4 (c)
DECLASSIFY ON: 05-30-2032

SECRET/ORCON/NOFORN

# FEDERAL BUREAU OF INVESTIGATION

Precedence: ROUTINE                                    Date: 06/29/2006

To: Counterterrorism            Attn: ITOS I/CONUS II
                                      UC
                                      SSA
                                      IA
                                Attn: CDC
       Inspection               Attn: ISS

b2
b7E    From: Office of General Counsel
b6           OGC/NSLB/CTLU I/3S-100
b7C          Contact: UC

       Approved By: Thomas Julie R(JR)

       Drafted By:

(U)    Case ID #: (S) 278-HQ-C1229736-VIO -1475 (Pending)

(U)    Title: (S) INTELLIGENCE OVERSIGHT BOARD
           b2   IOB MATTER 2006

(U)    Synopsis: (S) It is the opinion of the Office of the General
       Counsel that the above referenced matter must be reported to the
       Intelligence Oversight Board (IOB). Our analysis follows.

(U)    (S/NF)    Derived From: G-1
                 Declassify On: 06/29/2031

(U)    Reference: (S) 278-HQ-C1229736-VIO Serial 1283

(U)    Details: (S) By electronic communication (EC) dated April 3,
  b2   2006, the [    ] Field Office [    ], reported to the
  b7E  Inspection Division and the Office of General Counsel (OGC) this
       potential IOB matter.

b1
b6          (S//NF)
b7C
b2
b7E
b7A

SECRET/ORCON/NOFORN

b6
b7C

OIG/DOJ REVIEW   DATE: 7/1/08
FBI INVESTIGAT
OIG/DOJ INVESTIGATION:

NSL VIO-723