**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ELECTRONIC FRONTIER FOUNDATION,** )<br>)<br>Plaintiff, )<br>v. )<br>)<br>)<br>**DEPARTMENT OF JUSTICE**, )<br>)<br>Defendant. )<br>) | C.A. No. 07-0656 (JDB) |

**PLAINTIFF'S CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT**

Plaintiff Electronic Frontier Foundation ("EFF") cross-moves for partial summary judgment with respect to defendant's continued withholding of Intelligence Oversight Board case numbers, which have been redacted from agency records responsive to EFF's request under the Freedom of Information Act. EFF respectfully refers the Court to the accompanying memorandum of points and authorities in support of this cross-motion.

Respectfully submitted,

*/s/ David L. Sobel*
DAVID L. SOBEL
D.C. Bar No. 360418
Electronic Frontier Foundation
1818 N Street, N.W., Suite 410
Washington, DC 20036
(202) 797-9009

MARCIA HOFMANN
D.C. Bar No. 484136
Electronic Frontier Foundation
454 Shotwell Street
San Francisco, CA 94110
(415) 436-9333

Counsel for Plaintiff